**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
*Miami Division*
www.flsb.uscourts.gov

In re:

Casa Casuarina, LLC,                           Case No. 13-25645-LMI
                                               Chapter 11

        Debtor.

_____/

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Laura Fortney Gross of Gunster, Yoakley & Stewart, P.A. hereby enters an appearance as additional counsel for Creditor, VM South Beach, LLC, in the above-captioned bankruptcy matter. In accordance with Bankruptcy Rules 2002 and 9007 and Local Rules 2002-1 and 9010-1, all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interest, upon said counsel.

    In addition, it is respectfully requested that, pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix for all counsel of record:

Laura Fortney Gross, Esq.
GUNSTER, YOAKLEY& STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, FL  33401
Telephone: (561) 655-1980
Facsimile: (561) 655-5677
E-mail: lgross@gunster.com

                                            By:   /s/ Laura Fortney Gross
                                                      Laura Fortney Gross, Esq.
                                                      Florida Bar No. 0020531
                                                     Gunster, Yoakley & Stewart, P.A.
                                                     Phillips Point, Suite 500 East
                                                     777 South Flagler Drive
                                                     West Palm Beach, FL  33401-6194
                                                     Telephone:    (561) 655-1980
                                                     Facsimile:     (561) 655-5677

## CERTIFICATES:

## PURSUANT TO LOCAL RULE 9011-4(B):

I hereby certify that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 1st day of July, 2013, I electronically filed the foregoing document with the Court using CM/ECF and that the foregoing document is being served on this day on all counsel of record registered to receive transmission of Notice of Electronic Filing generated by CM/ECF in this matter.

By: /s/ Laura Fortney Gross
Laura Fortney Gross, Esq.

JAX_ACTIVE 3324834.1