UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                          CASE NO.:   13-25645-LMI

CASA CASUARINA, LLC,                                Chapter 11

        Debtor.
_____/

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE
OF PLEADINGS AND OTHER PAPERS**

**TO: ALL PARTIES. PLEASE TAKE NOTICE THAT:**

**MELINDA S. THORNTON**, Assistant County Attorney, representing the Miami-Dade County Tax Collector, files this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to 11 U.S.C., Section 1109(b), and Rule 2002 of the Federal Rules of Bankruptcy Procedure, and respectfully requests that the clerk place counsel listed below on the matrix and list of creditors so as to receive all documents, pleadings and exhibits in this case, and that all notices given or required to be served in this case be served upon the undersigned attorney at the following address:

        Melinda S. Thornton
        Assistant County Attorney
        County Attorney's Office
        2810 Stephen P. Clark Center
        111 N. W. First Street
        Miami, FL 33128-1993
        Telephone:   (305) 375-5151
        Telefax:       (305) 375-5611
        E-Mail *(direct)*:       mst4@miamidade.gov
        E-Mail *(CM/ECF)*:   cao.bkc@miamidade.gov

1

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C., Section 1109(b), the request for service of notice includes notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, pleading or request, formal or informal, disclosure statement or plan of reorganization in the captioned bankruptcy case, whether transmitted or conveyed by mail, telephone, telecopier or otherwise.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by mail upon: **JOE M. GRANT, ESQ.**, Marshall Socarras Grant, P.L., 197 S. Federal Highway, #300, Boca Raton, FL 33432; and the **U.S. TRUSTEE'S OFFICE**, 1204 Claude D. Pepper Federal Building, 51 S.W. First Avenue, Miami, FL 33130, this __2nd__ day of __July__, 2013.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(B)(3).*

        Respectfully submitted,

        R. A. CUEVAS, JR.
        Miami-Dade County Attorney
        Stephen P. Clark Center
        111 N.W. 1st Street, Suite 2810
        Miami, FL 33128

By: _[signature]_
        Melinda S. Thornton
        Assistant County Attorney
        Florida Bar No. 261262
        Telephone: (305) 375-5151
        Facsimile: (305) 375-5611