UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC.,                              Case No. 13-25645-LMI

                                                   Chapter 11

    Debtor.
_____/

APPLICATION TO EMPLOY
LAMAR P. FISHER AND FISHER AUCTION COMPANY AND "THE JILLS' AND
COLDWELL BANKER RESIDENTIAL REAL ESTATE, LLC
FOR THE SALE OF REAL PROPERTY

    The above-captioned debtor (the "Debtor") pursuant to 11 U.S.C. § 327(a) and Local Rule 6005-1, applies for entry of an order approving the retention of Lamar P. Fisher and Fisher Auction Company (the "Auctioneer/Broker") and "The Jills" and Coldwell Banker Residential Real Estate, LLC (the "Cooperating Broker"), subject to the terms and conditions stated herein, relative to the proposed auction sale of the Debtor's estate's interest in certain real property (the "Application") and in support thereof states as follows:

    1.    This Court has jurisdiction over this Application pursuant to 28 U.S. C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. § 1408. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b).

    2.    The statutory predicates for the relief requested herein are Section 327(a) of the Bankruptcy Code and Local Rule 6005-1.

    3.    Soon after the filing of this Application, the Debtor is filing a motion to authorize the Debtor to sell the Debtor's estate's interest in certain real property located in Miami Beach, Florida (the "Sale Motion").

1

4. In connection with the Sale Motion, the Debtor desires to employ the Auctioneer/Broker and Cooperating Broker to sell the Property.

5. The Debtor believes the retention of the Auctioneer/Broker and Cooperating Broker is in the best interest of the estate. The Auctioneer/Broker and Cooperating Broker was selected after consideration of its Auction Marketing Plan (the "Proposal"), a copy of which is attached hereto as Exhibit A.

6. The Debtor believes that the Auctioneer/Broker and Cooperating Broker are disinterested as defined in the Bankruptcy Code as set forth in the Affidavits of Lamar P. Fisher and "The Jills" attached hereto as Composite Exhibit B (the "Affidavits").

7. To the best of the Debtor's knowledge and except as disclosed in the Affidavits, the Auctioneer/Broker and Cooperating Broker do not have any connection with the creditors or other parties in interest or their respective attorneys, nor represent any interest adverse to the Debtor's estate.

8. The Auctioneer/Broker is licensed and bonded as an auctioneer and is authorized to conduct auctions in the State of Florida pursuant to Florida Statutes § 468.381 et seq. and Local Rule 6005-1(B) and is covered by the Florida Auctioneer Recovery Fund as required by Florida Statute § 468.392. In addition, Auctioneer/Broker maintains a blanket bond issued by a surety company approved by the Department of the Treasury in an amount in the amount of $1,000,000. The bond is in favor of the United States of America and the original bond has been forwarded to the United States Trustee. True copies of the appropriate licenses and bonds are attached hereto as Exhibit C.

9. Because the sale contemplates that all escrow deposits of Qualified Bidders and the proceeds of the proposed sale will be transferred into the trust account of Marshall Socarras

Grant, the Debtor respectfully requests that the Court waive Local Rule 6005-1(B) insofar as it requires the Auctioneer/Broker to post a blanket bond in an amount not less than the maximum expected proceeds of the proposed auction.

10. The Auctioneer/Broker and Cooperating Broker's marketing and advertising costs, up to $50,000, will be advanced by a third party with all such advances being a super priority lien and repaid from the first proceeds of the sale of the Property. The Auctioneer/Broker and Cooperating Broker collectively will charge a 4% Buyer's Premium to the final bid price on the Property and said Buyer's Premium will be added to the contract price. The Buyer's Premium shall be distributed at the time of closing as follows: (a) 1.5% of the final bid price shall be retained by the Auctioneer/Broker as their fee; (b) 1.5% of the final bid price shall be retained by the Cooperating Broker as their fee; (c) 1% shall be retained by a "procuring cause broker" as their fee (as defined in the Auctioneer/Broker's Plan) and if no procuring cause broker and/or "The Jills" become the procuring cause broker, then the Auctioneer/Broker shall retain an additional .5% and the Cooperating Broker shall retain an additional .5%.

11. Upon completion of the auction, the Auctioneer/Broker will file with the Court a report summarizing the results of the auction and stating the fees and expenses which will be paid to Auctioneer/Broker and Cooperating Broker in accordance with the Order approving the retention. The report shall be served only upon the U.S. Trustee, the secured lenders, and any other interested party who specifically requests a copy. The fees and expenses will be paid without the necessity of further notice or hearing unless any party in interest files an objection within 4 business days of the sale hearing.

WHEREFORE, the Debtor respectfully requests; (i) the entry of an order authorizing retention of the Applicant as Auctioneer/Broker and Cooperating Broker and; (ii) for such other further relief as this Court deems necessary or appropriate.

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Attorneys for the Debtor In Possession
197 South Federal Highway, Suite 300
Boca Raton, Florida 33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581
Email: jgrant@msglaw.com

By: /s/ Joe M. Grant
    JOE M. GRANT
    Florida Bar No. 137758
    ADAM D. MARSHALL
    Florida Bar No. 579823
    LAWRENCE E. PECAN
    Florida Bar No. 99086

**CERTIFICATE OF SERVICE**

I HEREBY certify that on this 1st day of July, 2013, I electronically filed the foregoing document with the Court using CM/ECF. I also certify that the foregoing document is being served on this day on all parties and counsel of record identified on the attached Service List via U.S. Mail and transmission of Notice of Electronic Filing generated by CM/ECF.

## SERVICE LIST

**VIA EMAIL:**

- Mark Bloom — bloomm@gtlaw.com
- John R. Dodd — doddj@gtlaw.com
- Edward Marod — emarod@gunster.com
- Laura Fortney Gross — lgross@gunster.com
- Melinda S. Thornton — cao.bkc@miamidade.gov

**VIA US MAIL:**

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130