## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC.,                              Case No. 13-25645-LMI

                                                   Chapter 11
Debtor.
_____/

### AFFIDAVIT OF LAMAR P. FISHER

STATE OF FLORIDA            )
                            ) ss
COUNTY OF BROWARD           )

BEFORE ME, the undersigned authority, this date personally appeared Lamar P. Fisher, who being first duly sworn under oath, deposes and states:

1. That I am an officer of Fisher Auction Company ("FAC"), and am authorized to make this declaration on behalf of the corporation in accordance with FRBP 2014 and Local Rule 6005-1.

2. That neither I nor ("FAC") nor any of its officers or directors have any connection to the debtor, the debtor's estate or the U.S. Trustee, and that same are disinterested persons within the meaning of 11 U.S.C. § 327(a) except that Lamar P. Fisher and Fisher Auction Company are presently seeking Court approval as the Auctioneer for this Property.

3. That FAC is duly licensed and bonded as an auctioneer and covered by the Florida Auctioneer Recovery Fund and is authorized to conduct auctions in the State of Florida pursuant to Florida Statutes § 468.381 *et. seq.* or § 468.387 for out-of-state auctioneers and Local Rule 6005-1 (B). True copies of said license and bond are attached hereto.

4. That in addition to the foregoing, I have attached hereto a copy of an annual blanket bond in the amount of $1,000,000.00. The bonds are issued by a surety company approved by the Department of the Treasury and in favor of the United States of America.

5. That I have read the application of the Debtor regarding the retention and compensation of FAC and agree to be bound by the terms and conditions represented therein.

6. The Property subject to this proposed auction will not be sold together with any non-bankruptcy property.

7. That I further understand that the court, in its discretion, may alter the terms and conditions of employment and compensation as it deems appropriate.

FURTHER AFFIANT SAYETH NAUGHT.

By: _____
Lamar P. Fisher

The foregoing instrument was sworn and subscribed before me on this 1st day of July, 2013, by Lamar P. Fisher. He is personally known to me or has produced as identification _____ and did/did not take an oath.

_____
Name:
My Commission Expires: October 15, 2014

ANDRE' LA BAUVE
MY COMMISSION # EE 000861
EXPIRES: October 15, 2014
Bonded Thru Budget Notary Services

NOTARY PUBLIC

## STATE OF FLORIDA
### DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
### FLORIDA BOARD OF AUCTIONEERS

**LICENSE NUMBER**
AB106

The AUCTION BUSINESS
Named below IS LICENSED
Under the provisions of Chapter 468 FS.
Expiration date: NOV 30, 2013

FISHER AUCTION COMPANY
2112 EAST ATLANTIC BLVD
POMPANO BEACH    FL 33062-5208


VIVA FLORIDA 500

RICK SCOTT
GOVERNOR

ISSUED: 01/11/2013   SEQ # L1301110000658
DISPLAY AS REQUIRED BY LAW

KEN LAWSON
SECRETARY

---

THIS DOCUMENT HAS A COLORED BACKGROUND • MICROPRINTING • LINEMARK™ PATENTED PAPER

AC# 5816843

## STATE OF FLORIDA
### DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
### FLORIDA BOARD OF AUCTIONEERS

SEQ# L11100702275

| DATE | BATCH NUMBER | LICENSE NBR |
|---|---|---|
| 10/07/2011 | 118070746 | AU93 |

The AUCTIONEER
Named below IS LICENSED
Under the provisions of Chapter 468 FS.
Expiration date: NOV 30, 2013

FISHER, LAMAR PAUL
290 SE 5TH TERRACE
POMPANO BEACH     FL 33060

RICK SCOTT
GOVERNOR

DISPLAY AS REQUIRED BY LAW

KEN LAWSON
SECRETARY

**STATE OF FLORIDA**
**DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION**
**DIVISION OF REAL ESTATE**

LICENSE NUMBER
BK352765

The BROKER
Named below IS LICENSED
Under the provisions of Chapter 475 FS.
Expiration date: MAR 31, 2015

FISHER, LAMAR PAUL
290 S.E. 5TH TERRACE
POMPANO BEACH    FL 33060


VIVA FLORIDA 500

RICK SCOTT
GOVERNOR

ISSUED: 01/17/2013    SEQ # L1301170001395
DISPLAY AS REQUIRED BY LAW

KEN LAWSON
SECRETARY

---

THIS DOCUMENT HAS A COLORED BACKGROUND • MICROPRINTING • LINEMARK™ PATENTED PAPER

AC# 678931

**STATE OF FLORIDA**
DEPARTMENT OF BUSINESS AND PROFESSIONAL REGULATION
DIVISION OF REAL ESTATE

SEQ# L12112100558

| DATE | BATCH NUMBER | LICENSE NBR |
|---|---|---|
| 11/21/2012 | 120220518 | CQ1020546 |

The CORPORATION
Named below HAS REGISTERED
Under the provisions of Chapter 475 FS.
Expiration date: MAR 31, 2014

FISHER AUCTION CO INC
FISHER AUCTION COMPANY
2112 EAST ATLANTIC BLVD
POMPANO BEACH    FL 33062

RICK SCOTT
GOVERNOR

DISPLAY AS REQUIRED BY LAW

KEN LAWSON
SECRETARY

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC.,                           Case No. 13-25645-LMI

                                                Chapter 11
        Debtor.
_____/

## AFFIDAVIT OF NANCY COREY

STATE OF FLORIDA           )
                           ) ss
COUNTY OF MIAMI-DADE       )

BEFORE ME, the undersigned authority, this date personally appeared Nancy Corey, who being first duly sworn under oath, deposes and states:

1.  That I am a licensed Florida sales associate and the Branch Manager for Coldwell Banker Residential Real Estate ("Coldwell Banker") with offices located at 1691 Michigan Ave., Suite 105, Miami Beach, FL 33139, telephone (305) 341-7447, and I have been authorized to make this declaration on behalf of Coldwell Banker in accordance with Bankruptcy Rule 2014 and Local Rule 6005-1.

2.  To the best of my knowledge, neither I nor Coldwell Banker, nor any of its officers or directors have any connection to the Debtor or the U.S. Trustee, and both Coldwell Bank Residential Real Estate and I are disinterested persons within the meaning of 11 U.S.C. §327(a). While Coldwell Banker currently has an Exclusive Right of Sale Listing Agreement with the Debtor for the property that is the subject of the Debtor's Application to employ Coldwell Banker and "The Jills", such agreement will be replaced if this Court grants the Debtor's Application.

3. That I have read the Debtor's application regarding the employment and compensation of Coldwell Banker, and agree to be bound by the terms and conditions represented therein.

4. That I further understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation as it deems appropriate.

FURTHER AFFIANT SAYETH NAUGHT.

BY: _____
Nancy Corey, individually and on behalf of
Coldwell Banker Residential Real Estate

SWORN TO AND SUBSCRIBED before me on __TUESDAY, July 2 2013__, by Nancy Corey who is [✓] personally known to me or [ ] produced _____ as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires _____



JAY PHILLIP PARKER
Notary Public - State of Florida
My Comm. Expires Feb 14, 2016
Commission # EE 142028

2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC.,                             Case No. 13-25645-LMI

                                                  Chapter 11
        Debtor.
_____/

## AFFIDAVIT OF JILL HERTZBERG

STATE OF FLORIDA         )
                         ) ss
COUNTY OF MIAMI-DADE     )

BEFORE ME, the undersigned authority, this date personally appeared Jill Hertzberg, who being first duly sworn under oath, deposes and states:

1. That I am a licensed Florida real estate broker and a broker-sales associate affiliated with Coldwell Banker Residential Real Estate ("Coldwell Banker") with offices located at 1691 Michigan Ave., Suite 105, Miami Beach, FL 33139, telephone (305) 341-7447, and I have been authorized to make this declaration on behalf of Coldwell Banker in accordance with Bankruptcy Rule 2014 and Local Rule 6005-1.

2. To the best of my knowledge, neither I nor Coldwell Banker, nor any of its officers or directors have any connection to the Debtor or the U.S. Trustee, and both Coldwell Bank Residential Real Estate and I are disinterested persons within the meaning of 11 U.S.C. §327(a). While Coldwell Banker currently has an Exclusive Right of Sale Listing Agreement with the Debtor for the property that is the subject of the Debtor's Application to employ Coldwell Banker and "The Jills", such agreement will be replaced if this Court grants the Debtor's Application.

1

3. That I have read the Debtor's application regarding the employment and compensation of Coldwell Banker, and agree to be bound by the terms and conditions represented therein.

4. That I further understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation as it deems appropriate.

FURTHER AFFIANT SAYETH NAUGHT.

BY: _____
Jill Hertzberg, individually, on behalf of
Jill Hertzberg, PA, and on behalf of
Coldwell Banker Residential Real Estate

SWORN TO AND SUBSCRIBED before me on  Tuesday July 2, 2013 , by Jill Hertzberg who is [✓] personally known to me or [ ] produced _____ as identification.

_____
NOTARY PUBLIC, STATE OF FLORIDA

My Commission Expires _____



JAY PHILLIP PARKER
Notary Public - State of Florida
My Comm. Expires Feb 14, 2016
Commission # EE 142028

2