# ACORD™ CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 07/02/2013

**PRODUCER** (954) 942-4400
Southgate Ins Agy of Pomp Bch Inc
639 North Federal Highway
P O Box 728
Pompano Beach    FL  33062-

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW.

**INSURED**
Fisher Auction Company Inc
2112 East Atlantic Boulevard
POMPANO BEACH    FL  33062-

| INSURERS AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Covington Specialty Ins | 13027 |
| INSURER B: Star Insurance Company | 18023 |
| INSURER C: Underwriters @ Lloyds | 32727 |
| INSURER D: National Union Fire Ins | 19445 |
| INSURER E: | |

## COVERAGES

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. AGGREGATE LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | ADD'L INSRD | TYPE OF INSURANCE | POLICY NUMBER | POLICY EFFECTIVE DATE (MM/DD/YY) | POLICY EXPIRATION DATE (MM/DD/YY) | LIMITS | |
|---|---|---|---|---|---|---|---|
| A | X | GENERAL LIABILITY  [X] COMMERCIAL GENERAL LIABILITY  [ ] CLAIMS MADE [X] OCCUR  [X] Products Incld in GA  GEN'L AGGREGATE LIMIT APPLIES PER:  [X] POLICY [ ] PROJECT [ ] LOC | VBA22589700 | 03/01/2013 | 03/01/2014 | EACH OCCURRENCE  DAMAGE TO RENTED PREMISES (Ea occurrence)  MED EXP (Any one person)  PERSONAL & ADV INJURY  GENERAL AGGREGATE  PRODUCTS - COMP/OP AGG | $ 1,000,000  $ 1,000,000  $ 5,000  $ 1,000,000  $ 2,000,000  $ |
| A | | AUTOMOBILE LIABILITY  [ ] ANY AUTO  [ ] ALL OWNED AUTOS  [ ] SCHEDULED AUTOS  [X] HIRED AUTOS  [X] NON-OWNED AUTOS | VBA22589700 | 03/01/2013 | 03/01/2014 | COMBINED SINGLE LIMIT (Ea accident)  BODILY INJURY (Per person)  BODILY INJURY (Per accident)  PROPERTY DAMAGE (Per accident) | $ 1,000,000  $  $  $ |
| | | GARAGE LIABILITY  [ ] ANY AUTO | | | | AUTO ONLY - EA ACCIDENT  OTHER THAN EA ACC  AUTO ONLY: AGG | $  $  $ |
| | | EXCESS/UMBRELLA LIABILITY  [ ] OCCUR [ ] CLAIMS MADE  [ ] DEDUCTIBLE  [ ] RETENTION $ | | | | EACH OCCURRENCE  AGGREGATE | $  $  $  $  $ |
| B | | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  If yes, describe under SPECIAL PROVISIONS below | WC0729829 | 05/19/2013 | 05/19/2014 | [ ] WC STATUTORY LIMITS [X] OTHER  E.L. EACH ACCIDENT  E.L. DISEASE - EA EMPLOYEE  E.L. DISEASE - POLICY LIMIT | $ 1,000,000  $ 1,000,000  $ 1,000,000 |
| C | | OTHER Professional Liab | MPL112455812 | 12/05/2012 | 12/05/2013 | Each Claim Limit:  Policy Aggregate: | 1,000,000  1,000,000 |
| D | | Fidelity | 01-123-12-71 | 09/14/2012 | 09/14/2013 | Bond Amount | 1,000,000 |

**DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS**
Scope of Work: Auctioneer

**CERTIFICATE HOLDER**
( ) -
( ) -

See Page 2 for complete
Certificate Holder Clause

-

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, THE ISSUING INSURER WILL ENDEAVOR TO MAIL __30__ DAYS WRITTEN NOTICE TO THE CERTIFICATE HOLDER NAMED TO THE LEFT, BUT FAILURE TO DO SO SHALL IMPOSE NO OBLIGATION OR LIABILITY OF ANY KIND UPON THE INSURER, ITS AGENTS OR REPRESENTATIVES.

**AUTHORIZED REPRESENTATIVE** [signature]

ACORD 25 (2001/08)
INS025 (0108).06

© ACORD CORPORATION 1988
Page 1 of 2

AGENCY CUSTOMER ID: FISHERAU001
LOC #:

# ACORD® ADDITIONAL REMARKS SCHEDULE

Page 2 of 3

| AGENCY Southgate Ins Agy of Pomp Bch Inc | NAMED INSURED Fisher Auction Company Inc |
|---|---|
| POLICY NUMBER VBA22589700 | |
| CARRIER COvington Specialty Ins Company | NAIC CODE |
| | EFFECTIVE DATE: 03/01/2013 |

**ADDITIONAL REMARKS**

THIS ADDITIONAL REMARKS FORM IS A SCHEDULE TO ACORD FORM,
FORM NUMBER: 25     FORM TITLE: Certificate of Insurance

*************************************CERTIFICATE HOLDER*************************************

United States Bankruptcy Court
Southern District of Florida
Steven D. Schneiderman, U.S. Trustee
51 SW 1 Avenue, Suite# 1204
Miami, Florida 33130
Re:  Casa Casuarina, LLC, Case No.: 13-25645-BKC-LMI

ACORD 101 (2008/01)
INS101 (200801)

© 2008 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD