# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida

In Re:  Casa Casuarina, LLC

                *Debtor(s)*

-------------------------------------/

Case No.     13-25645-LMI
Chapter 11

## MIAMI-DADE COUNTY TAX COLLECTOR'S NOTICE TO DEBTOR OF ADDITIONAL CREDITORS

    Fernando Casamayor, as Tax Collector of MIAMI-DADE COUNTY, Florida, hereby gives notice that the following certificate holder(s) purchased at auction, the pre-petition, secured, real property tax liens of the MIAMI-DADE COUNTY Tax Collector, pursuant to Chapter 197, Florida Statutes.

| Certificate Holder | Bidder Address | Parcel Number | Tax Year | Cert. No. | Certificate Amount | Int. Bid |
|---|---|---|---|---|---|---|
| ZEHN LLC, CITIBANK NA AS COLLATERAL ASSIGNEE OF ZEHN LLC AND ITS MANAGER ZEHN LLC 113817 | 4747 EXECUTIVE DR SUITE 510, SAN DIEGO, CA   92121 | 02-3234-008-0310 | 2012 | 8248 | $250,039.63 | 0.25% |

    The certificate amount reflects the certificate amount due as of the date on this form.  The claim of the MIAMI-DADE COUNTY Tax Collector, if any, is specifically set forth on a separate Proof of Claim and <u>does not include</u> the amounts due the certificate holder(s) identified herein.  **The tax certificate shall be redeemed at the interest rate due or the five percent (5%) mandatory charge, whichever is greater, F.S. 197.472 (2).*  The Tax Collector does not represent the Certificate Holders in this matter, nor does the notice to the Tax Collector constitute notice to the Certificate Holders.  The addresses of the certificate holders are set forth in the Certificate of Service.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been provided either by electronic transmission or by U.S. first class mail postage prepaid to:
The United States Bankruptcy Court, Southern District of Florida; Attorney for the Debtor: Joe M. Grant, Esq., Marshall Socarras Grant, P.L., 197 S. Federal Hwy #300, Boca Raton, FL 33432; Trustee: U.S. Trustee, Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL   33130; and, Certificate Holder(s) listed above.

Date: 07/03/2013

                              Fernando Casamayor, Tax Collector
                              MIAMI-DADE COUNTY, FL

                              By: _____/S/_____
                              APRIL BURCH
                              Paralegal Collection Specialist
                              Miami Dade Bankruptcy Unit
                              140 West Flagler Street, Suite 1403
                              Miami, FL 33130-1575
                              305-375-5314  Fax (305) 375-1142
                              E-Mail: aburch@miamidade.gov
                              MDTCBKC@miamidade.gov