# AUCTION MARKETING PLAN

## United States Bankruptcy Court
## Southern District of Florida



*Especially Prepared for:*

**Casa Casuarina, LLC**
**Case No. 13-25645-LMI**

*Submitted By:*

Lamar P. Fisher, CAI, AARE
President / C.E.O.
Fisher Auction Company
800.331.6620

**fisherauction.com**
*The Standard of Excellence*



2112 East Atlantic Boulevard, Pompano Beach, Florida 33062  800.331.6620

# Auction Marketing Plan
## *Casa Casuarina, LLC Bankruptcy Estate*

### Introduction

Over the past forty (40) years, Fisher Auction Company has served Governmental (U. S. Bankruptcy Court, State Court Receiverships), Major Corporations, Institutions, Municipal, Brokerage Firms and Private Sellers across North America, the Commonwealth of Puerto Rico and the U.S. Virgin Islands with total sales in excess of 2.5 billion dollars. Fisher Auction Company is consistently ranked in the top ten (10) of National Real Estate Auction Marketing Firms. We produce qualified cash bidders and ultimately successful purchasers throughout the United States and abroad.

Fisher Auction Company is the premier real estate auction marketing firm of choice, particularly in the State of Florida. We know our Florida market and our track record speaks for itself. ***Our most recent successful U.S. Bankruptcy residential initiative (Osorio Case) was a Star Island-Miami Beach Waterfront Home selling for 121% of the reserve price.***



Fisher Auction Company continues to lead our industry by formulating new techniques in "Accelerated Marketing", which in turn outperforms any competition and maximizes the value/return for its client's real estate assets.

Our designed auction marketing technique of offering real property is a hybrid of traditional methods integrated with real time online and telephonic bidding provided at our live open-outcry auction events.



Fisher Auction Company proposes to conduct a live open-outcry auction event (hereinafter referred to as the "event") on the world famous **"Versace Mansion"** (hereinafter referred to as the "property") located at 1116 Ocean Drive, Miami Beach, Florida. We will make available our real time online and telephone bidding components to accommodate any out of area / country bidders.

The event will be accomplished via a U.S. Bankruptcy Court (hereinafter referred to as the "Court") Ordered 363 Sale.



Fisher Auction Company will partner with "The Jills" of Coldwell Banker Residential Real Estate LLC, the current listing broker and an extremely experienced and highly successful traditional residential brokerage firm; taking advantage of their extensive database of buyers along with the current inquires of the property, marketing assistance and their familiarity of the property. Fisher Auction Company has previously partnered with "The Jills" on the Star Island successful auction initiative. The combinations of our two firms produce an auction/traditional methodology for a true win-win for the Bankruptcy Estate which will maximize the sales price for the property.

The terms of the offering are predefined in the Court approved Bidding Procedures/General Terms and Conditions of Sale (a pre-auction contract) which are




# Auction Marketing Plan
## *Casa Casuarina, LLC Bankruptcy Estate*

executed by all qualified bidders forty-eight (48) hours prior to the event date and all qualified bidders will competitively bid at the preset event date and time.

Our goal is to deliver a distinct message to all qualified bidders that the Court is highly motivated and desires to sell the property **now** in order to generate the highest level of interest and obtain the highest net sales price for all creditors and the debtor.

We will aggressively market this one of a kind property in a first class, impressive manner on a global-national-regional-local basis.

### Event Timeline
Upon our Court approval of retention, the event will take place within sixty (60) calendar days which allows for sufficient time to prepare the necessary due diligence / marketing packages for distribution to the prospective bidders and implement our specifically designed approved marketing campaign for the property.

The event day/date/time will be mutually agreed upon my all parties involved. The Court confirmation hearing of the sale to be scheduled the following day.

### Event Location
We recommend the event be conducted onsite in order to take advantage of the property's pristine location. Onsite auctions always generate more dollars when bidders are viewing what they are purchasing. Security, valet parking, court reporter etc. will be provided on the event date.

### Property Tours
Beginning five (5) weeks prior to the event date, we will provide specific dates/times for the prospective bidders to view the property and will also accommodate prospective bidders via special appointment, if necessary. In addition, special broker opens will be conducted in order to encourage broker participation with their client databases.

### Marketing Strategy
The property will be marketed via international, national, regional and local venues in order to give the broadest range of coverage and attract the maximum number of qualified bidders. Both Fisher Auction Company's and "The Jills" marketing campaigns reach worldwide and continue to produce buyers across the United States and from multiple foreign countries.

Our strategy is to market the property to Fisher Auction Company's and "The Jills" international / national buyer databases (including all previous interested parties), boutique hotel owners, foreign investors, business professionals, state side investors, area property owners, all major real estate brokerage firms-encouraging them to register their clients, etc. The marketing campaign will stress the Court's urgency for buyers to act now knowing that they will not have an opportunity to wait for any price reductions in the future.





fisherauction.com
*The Standard of Excellence*




# Auction Marketing Plan
## *Casa Casuarina, LLC Bankruptcy Estate*

In addition, we will emphasize to all bidders the property will be purchased free and clear of all liens and monetary encumbrances.

### Marketing Highlights
We recommend the event be presented and positioned as "**By Order of the U.S. Bankruptcy Court, Southern District of Florida/RE: Casa Casuarina, LLC/Case no. 13-25645-BKC-LMI/Bankruptcy Auction**".

The marketing highlights will include;

■ **Direct Mail**
A direct mail promotional brochure will be designed and sent to all logical, identifiable buying individual/groups.  Fisher Auction Company has a current database of 50,000 from which to draw and "The Jills" will send notice to their very extensive buyer database as well.



■ **Print Medias / Specialty Journals**
The international, national, regional and local print media campaign will be geared to an eight (8) week program. Sample Medias will include the Global Wall Street Journal, New York Times, The Sun-Sentinel, Miami Herald / El Nuevo Herald, South Florida Business Journal, Hollywood Reporter, Variety, DuPont Magazine and New Times.

We will continuously monitor the prospective bidder response from each media advertisement allowing daily analysis. In this manner, the print campaign can be altered to focus in on the most effective media throughout the marketing campaign. All responses from prospective bidders are logged by date and source into our advertising response computer software system allowing reporting and analytics on a real time basis.



■ **Telemarketing**
After the market segmentation, we will utilize all data to develop a plan for our team of personnel to contact potential purchasers, introduce them to the auction sales process and provide the due diligence package / bidder qualifications.

Inquiries will be handled on a real time basis for the dissemination of the promotional materials and due diligence packages. We believe it is of critical importance to recognize that typical prospective purchaser questions and objections are answered and dealt with differently in an auction marketing setting, especially in the U. S. Bankruptcy Court arena.



■ **E-Platforms**
The event will be prominently featured on both Fisher Auction Company's and 'The Jills" web-sites. Each firm receives thousands of hits on a weekly basis. We will also advertise / list on all appropriate-targeted sites; auctionzip.com, landsofflorida.com,

fisherauction.com
*The Standard of Excellence*




# Auction Marketing Plan
## *Casa Casuarina, LLC Bankruptcy Estate*

naarealestateauctions.com, realtor.com, luxuryhomes.com, propertyblasthomes.com, cmailmarketing.com, propertyline.com, propertyauction.com, loopnet.com, fastemailflyers.com, viviun.com, etc.

### Additional Marketing Tools
-Property signage, if permissible
-Personal solicitations



### Public Relations
A valuable aspect of a major auction marketing program is the public relations campaign. Properly conceived plans often result in the generation of free publicity at the level of ten (10) times the direct media placement budget. Utilizing our public relations firm to plan and coordinate international, national, regional and local focus, we are confident the public relations will effectuate results on behalf of the auction effort, especially for this high profile Property.

### Public Relations Strategy
To employ all appropriate print and broadcast consumer, business and trade news media via a program of press releases, informational background kits, interviews, personal follow-up, editorial boards and paid distribution services to deliver the message of the above objectives to the right target audiences.



### Auction Methodology
Our successful Auction Marketing Plan combines traditional / modern distribution channels and portals to provide synergy through an expansive advertising campaign "spotlighting" a property or properties for purchase. Our process removes the paradigm of pricing thereby creating maximum competition, <u>which equals maximum value received under the terms of the offering</u>.

The property will be offered to the highest and successful bidder subject to the Court's final approval and acceptance of the price.

### Non-Refundable Escrow Deposits
In order for a bidder to qualify to register and participate in the auction, we will require all bidders to wire transfer to the settlement agent's trust account an escrow deposit of $2,500,000 forty eight (48) hours prior to the event date, which will become a portion of their non-refundable escrow deposit once the bidder is declared the highest bidder.



By requiring a pre-auction escrow deposit, we are assured bidders are serious and financially qualified.

The highest bidder must also tender an additional non-refundable escrow deposit immediately following the conclusion of the auction via a wire transfer to the settlement agent's trust account for the total deposit to equal ten percent (10%) of the total contract price.

**fisherauction.com**
*The Standard of Excellence*




# Auction Marketing Plan
## *Casa Casuarina, LLC Bankruptcy Estate*

All online and telephone participants will execute specific documents including an online bidder contract and wire transfer the required escrow deposit into the settlement agent's trust account forty-eight (48) hours prior to the event date.

The immediate back up bidder is recorded in case of a default by the successful purchaser. We will require the immediate back up bidder to leave in escrow their $2,500,000 escrow deposit with interest to accrue to their benefit, sign the Sales Contract at their bid price and close the transaction if the successful purchaser defaults on their purchase.

### Real Estate Sales Contract
The highest bidder will execute the Court's pre-approved "Non-Contingency-All Cash Real Estate Sales Contract immediately following the conclusion of the auction with no post due diligence period!"

### Property Guarantees
The property is sold, including the chattel, in its "AS IS, WHERE IS" condition with all faults and defects, with no guarantees or warranties express or implied.

The only guarantee is that the Court is able to pass title free and clear of all liens and monetary encumbrances. This is accomplished through the 363 Sale.

### Real Estate Closing
The real estate closing will take place within twenty (20) calendar days from the Court's sale confirmation with a court entry approving the sale. The closing will be coordinated through the settlement agent's office.

### Property Information Package
Our experience in selling and conducting auction initiatives over the last forty (40) years has taught us that the more knowledgeable a buyer is about the property prior to bidding; the more they will pay for the property.

We will prepare and provide to interested all prospective bidders a complete property information package (due diligence package) detailing information such as an executive summary, property description including all improvements, zoning classification including historical designations , survey, location maps, extensive photographs, virtual video, market overview, broker participation registration form, real estate sales contract, Court approved bidding procedures-general terms and conditions of sale, online / telephone bidding forms, exhibits, etc.

### Marketing Campaign Budget
The marketing campaign funds are a necessity to conduct the event. The Bankruptcy Estate is **only** responsible for these sales expenses to conduct the event, which are estimated not to exceed $50,000. **All real estate commissions are paid by the**





fisherauction.com
*The Standard of Excellence*




# Auction Marketing Plan
## *Casa Casuarina, LLC Bankruptcy Estate*

**successful purchaser as delineated below.** Upon acceptance of this plan, we will prepare the detailed line by line specifically designed marketing campaign budget, encompassing all costs, for all parties' approval and will provide a complete expense portfolio with copies of paid invoices, advertisements, etc. verifying each expense.

The agreed upon marketing campaign funds are advanced to Fisher Auction Company at the time of Court appointment.

### Real Estate Commissions

All real estate commissions are paid by the successful purchaser not the Court in the form of a 4% buyer's premium, which will be charged to the final bid price and it will be included in the total contract price.



*It is proven that the buyers get very involved in our accelerated process and the buyer's premium will result in an overall much higher than anticipated sales price. This is an internationally accepted method of auction sales and enhances the Bankruptcy Estate's net results.*

It is our policy to encourage and work with all real estate brokerage firms to participate in the event, register their prospects and we will offer a procuring cause broker a portion of the buyer's premium as their earned real estate commissions.

Definition: "procuring cause broker" by definition is any duly licensed real estate broker who properly registers a client who becomes the successful purchaser and closes on the transaction.



The 4% buyer's premium will be divided as follows:

- Fisher Auction Company to receive 1.5% of the final bid price.
- "The Jills" to receive 1.5% of the final bid price.
- A procuring cause broker, to receive 1% of the final bid price.
- Should the property be purchased without a procuring cause broker and/or "The Jills" become the procuring cause broker, "The Jills" will receive an additional .5% of the final bid price and Fisher Auction Company to receive an additional .5% of the final bid price.

### Project Coordinator

Lamar P. Fisher, President / C.E.O. of Fisher Auction Company will be the project coordinator for this event and will oversee the entire auction process keeping all parties informed through weekly progress / analytical reports.



### Conclusion

There is no other method of sale other than the auction process in which will provide arms length transactions with total transparency, fiduciary responsibility, global marketing campaign, pre-qualified purchasers participating under pre-determined

fisherauction.com
**The Standard of Excellence**



# Auction Marketing Plan
## *Casa Casuarina, LLC Bankruptcy Estate*

terms, buy side responsible for all real estate commissions; not the seller, an "as-is no contingency" transaction with immediate hard escrow deposits, no re-trading of price or post due diligence, and maximizes competition and therefore maximizes pricing. The auction process creates the ultimate urgency factor in which buyers are forced to react at a time certain event-there is no tomorrow!

**We know we can obtain the highest net realizable value through this auction marketing plan- real market value!**







**fisherauction.com**
*The Standard of Excellence*


