**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC.,                                  Case No. 13-25645-LMI

                                                                            Chapter 11

     Debtor.
_____/

**NOTICE OF PROPOSED AUCTION SALE OF THE DEBTOR'S REAL**
**PROPERTY LOCATED AT 1116 OCEAN DRIVE, MIAMI BEACH, FL**

     PLEASE TAKE NOTICE OF THE FOLLOWING:

     1.    On July 1, 2013, Casa Casuarina LLC (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the United States Bankruptcy Code.

     2.    On July 8, 2013, the Debtor filed motion for the entry of an Order (1) authorizing the Debtor to schedule an auction sale of the Debtor's real property, (2) approving bidding procedures in connection with auction sale, (3) approving form and manner of notice of sale, (4) scheduling a sale hearing to approve sale, (5) approving the advance of costs for marketing and (6) approving the sale of the Debtor's interest in the real property free and clear of liens, claims, and encumbrances (the "Sale Motion"). Pursuant to the Sale Motion, the Debtor seeks to sell the Debtor's interest in 1116 Ocean Drive, Miami Beach FL (the "Property").

     3.    The sale of the Property will be an auction, with or without a Stalking Horse bidder, and will be subject to higher and better offers and Bankruptcy Court approval. This notice sets forth the procedures (1) for qualifying to bid for the Property and (2) to participate in the auction of the Property.

4.	A hearing on that portion of the Sale Motion dealing with the Bidding Procedures was held before the Bankruptcy Court on _____, after which the Bankruptcy Court entered an order, among other things, approving the Bidding Procedures set forth in the sale motion (the "Bid Procedures Order").

5.	A copy of the Bid Procedures Order is attached hereto as Exhibit 1. The Bid Procedures Order establishes the bidding procedures that govern the participation requirements and manner in which the Property is to be sold.

6.	Below for convenience is a disclosure of relevant bid procedures from the order. Parties should consult the attached Order for a complete disclosure of the bidding procedures.

7.	The Sale Hearing is currently scheduled to be conducted on _____ at the United States Bankruptcy Court for the Southern District of Florida, 51 S.W. 1st Ave., Room 1409, Miami, FL 33130 before the Honorable Laurel M. Isicoff, United States Bankruptcy Judge, to consider the approval of the sale to the Successful Bidder (as defined in the Sale Motion). The Sale Hearing may be adjourned or rescheduled without notice by an announcement of the adjourned date at the Sale Hearing.

8.	The failure of any person or entity to file an Objection on or before the Objection Deadline shall be deemed a consent to the sale transaction contemplating the sale of the Property to the Purchaser and the other relief requested in the Sale Motion, and be a bar to the assertion, at the Sale Hearing or thereafter, of any objection to the Bidding Procedures, the Sale Motion, the auction, or the sale of the Property.

9. This Notice is subject to the full terms and conditions of the Sale Motion, the Bidding Procedures Order and the Bidding Procedures, which shall control in the event of any conflict. The Debtor encourages parties in interest to review such documents in their entirety and consult an attorney if they have questions or want advice in connection therewith.

10. Potential bidders that have met participation requirements may visit the property through prior arrangement with the Auctioneer. The Auctioneer shall have set days for visitation coordinated with the Debtor.

11. For further information about the auction sale, please contact the Debtor's Auctioneer at:

**Lamar P. Fisher**
Fisher Auction Co., Inc.
351 S. Cypress Road, Suite 210
Pompano Beach, Florida 33060-6343
954.942.0917
800.331.6620

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Attorneys for the Debtor in Possession
197 South Federal Highway, Suite 300
Boca Raton, Florida 33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581
Email: jgrant@msglaw.com

By: /s/ Joe M. Grant
        JOE M. GRANT
        ADAM D. MARSHALL
        LAWRENCE E. PECAN