**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC.,                          Case No. 13-25645-LMI

                                               Chapter 11

      Debtor.
_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY certify that on this 9th day of July, 2013, I also served the Debtor's Motion for the entry of an Order (1) authorizing the Debtor to schedule an auction sale of the Debtor's real property, (2) approving bidding procedures in connection with auction sale, (3) approving form and manner of notice of sale, (4) scheduling a sale hearing to approve sale, (5) approving the advance of costs for marketing and (6) approving the sale of the Debtor's interest in the real property free and clear of liens, claims, and encumbrances [D.E. 27] on the attached Service List via U.S. Mail.

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Proposed Counsel for the Debtor
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  lpecan@marshallgrant.com

By:   /s/ Lawrence E. Pecan
      LAWRENCE E. PECAN
      Florida Bar No. 99086

## SERVED VIA US MAIL:

Casa Casuarina, LLC
1116 Ocean Drive
Miami Beach, FL 33139-4609

Miami-Dade County Tax Collector
Miami-Dade County Bankruptcy Unit
c/o April Burch
Paralegal Unit
140 W Flagler St. #1403
Miami, FL 33130-1569

1116 Ocean Drive, LLC
c/o Hall Lamb and Hall, P.A.
Penthouse One
2665 S. Bayshore Drive
Miami, FL 33133-5448

Alexandra Albu
c/o Lawrence McGuinness, Esq.
1627 S.W. 37th Ave.
Suite 100
Miami, FL 33145-1773

Alfred Chouinard
c/o Thomas Butler, Esq.
407 Lincoln Rd.
Suite 4C
Miami Beach, FL 33139-3008

Barry Sendach
c/o Thomas Butler, Esq.
407 Lincoln Rd.
Suite 4C
Miami Beach, FL 33139-3008

Carlton Fields
100 S.E. 2nd Street
Suite 4200
Miami, FL 33131-2113

Elizabeth Kumin
c/o Thomas Butler, Esq.
407 Lincoln Road
Suite 4C
Miami Beach, FL 33139-3008

Gina Johnson
c/o Thomas Butler, Esq.
407 Lincoln Road
Suite 4C
Miami Beach, FL 33139-3008

Herbert Stettin, Chapter 11 Trustee
c/o Charles H. Lichtman, Esq.
Berger Singerman
350 East Las Olas Blvd.
Fort Lauderdale, FL 33301-4211

Ivan Kaufman
c/o Thomas Butler, Esq,
407 Lincoln Rd.
Suite 4C
Miami Beach, FL 33139-3008

James Harrold
c/o Thomas Butler, Esq.
407 Lincoln Rd.
Suite 4C
Miami Beach, FL 33139-3008

Jerri Sendach
c/o Thomas Butler, Esq.
407 Lincoln Rd.
Suite 4C
Miami Beach, FL 33139-3008

Joseph Bonifacio
c/o Lawrence McGuinness, Esq.
1627 S.W. 37th Avenue
Suite 100
Miami, FL 33145-1773

Loran McGlynn
c/o Thomas Butler, Esq.
407 Lincoln Road, Suite 4C
Miami Beach, FL 33139-3008

Miami Dade County Tax Collector
140 West Flagler Street
1st Floor
Miami, FL 33130-1561

Miami-Dade County Tax Collector
Paralegal Unit #1403
140 West Flagler St.
Miami, FL33130-1569

Michael Pospisil
c/o Lawrence McGuiness, Esq.
1627 S.W. 37th Ave.
Suite 100
Miami, FL 33145-1773

Monique Alfonso
c/o Lawrence McGuinness, Esq.
1627 S.W. 37th Avenue
Suite 100
Miami, FL 33145-1773

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

Property Tax Consultants, Ltd.
c/o Evan J. Langbein, Esq.
Langbein & Langbein, P.A.
8181 N.W. 154th Street, Suite 105
Hialeah, FL 33016-5861

Ranko Slavujevic
c/o Lawrence McGuinness, Esq.
1627 S.W. 37th Ave.
Suite 100
Miami, FL 33145-1773

Rice Pugatch Robinson Schiller
101 N.E. 3rd Ave.
Suite 1800
Fort Lauderdale, FL 33301-1252

Robert Rowen
c/o Thomas Butler, Esq.
407 Lincoln Rd.
Suite 4C
Miami Beach, FL 33139-3008

Sol Kumin
c/o Thomas Butler, Esq.
407 Lincoln Rd.
Suite 4C
Miami Beach, FL 33139-3008

Thomas E. McGlynn
c.o Thomas J. Butler, Esq.
407 Lincoln Road, Suite 4C
Miami Beach, FL 33139-3008

Thomas Johnson
c/o Thomas Butler, Esq.
407 Lincoln Rd.
Suite 4C
Miami Beach, FL 33139-3008

VM South Beach, LLC
c/o Mark Bloom, Esq.
Greenberg Traurig
333 S.E. 2nd Ave.
Miami, FL 33131-3238

Wayland Hicks
c/o Thomas Butler, Esq.
407 Lincoln Rd.
Suite 4C
Miami Beach, FL 33139-3008

Zehn LLC, Citibank NA as Collateral assignee
Zehn LLC & Its Manager Zehn LLC (#1
4747 Executive Dr. Suite 510
San Diego, CA 92121-3100

Joe M. Grant Esq.
Marshall Socarras Grant, P.L.
197 S. Federal Hwy #300
Boca Raton, FL 33432-4946