# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
*Miami Division*
www.flsb.uscourts.gov

In re:

Casa Casuarina, LLC,

        Debtor.

_____/

Case No. 13-25645-LMI
Chapter 11

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that David M. Wells of Gunster, Yoakley & Stewart, P.A. hereby enters an appearance as additional counsel for Creditor, VM South Beach, LLC, in the above-captioned bankruptcy matter. In accordance with Bankruptcy Rules 2002 and 9007 and Local Rules 2002-1 and 9010-1, all parties are requested to serve copies of any and all motions, pleadings, reports and/or documents of any kind filed in these proceedings, whether filed by the Court, the Debtor, or any other party in interest, upon said counsel.

In addition, it is respectfully requested that, pursuant to Rule 2002(g), the following be added to the Court's Mailing Matrix for all counsel of record:

David M. Wells, Esq.
GUNSTER, YOAKLEY & STEWART, P.A.
One Enterprise Center
225 Water Street, Suite 1750
Jacksonville, FL 32202-5185
Tel: 904/354-1980
Fax: 904/354-2170
E-mail: dwells@gunster.com

By: _____
David M. Wells, Esq.
Florida Bar No. 0309291
Gunster, Yoakley & Stewart, P.A.
One Enterprise Center
225 Water Street, Suite 1750
Jacksonville, FL 32202-5185
Tel: 904/354-1980
Fax: 904/354-2170

## CERTIFICATES:

## PURSUANT TO LOCAL RULE 9011-4(B):

I hereby certify that I am admitted to the Bar of the U.S. District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in the Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 3rd day of July, 2013, the foregoing document was filed with the Court and is being served on all counsel of record registered to receive transmission of Notice of Electronic Filing generated by CM/ECF in this matter.

By: _____
David M. Wells, Esq.

JAX_ACTIVE 3324843.1