**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC.,                                    Case No. 13-25645-LMI

                                                      Chapter 11

      Debtor.
_____/

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true copy of the *Notice of Hearing (Re: [13] Application to Employ Marshall Socarras Grant, P.L. as Debtor's Counsel)* [D.E. 32] was served on all parties listed on the attached Service List, and in the manner indicated on July 9, 2013.

                                               Respectfully submitted,

                                               **MARSHALL SOCARRAS GRANT, P.L.**
                                               Proposed Attorneys for the Debtor
                                               197 South Federal Highway, Suite 300
                                               Boca Raton, Florida  33432
                                               Telephone No. 561.361.1000
                                               Facsimile No. 561.672.7581
                                               Email: efile@msglaw.com

                      By:   /s/ Joe M. Grant
                             JOE M. GRANT
                             Florida Bar No. 137758
                             ADAM D. MARSHALL
                             Florida Bar No. 579823
                             LAWRENCE E. PECAN
                             Florida Bar No. 99086

## **SERVICE LIST**

**VIA CMECF:**

Mark D. Bloom, Esq. on behalf of Creditor VM South Beach, LLC
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

John R. Dodd, Esq. on behalf of Creditor VM South Beach, LLC
doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com

Joe M. Grant, Esq. on behalf of Debtor Casa Casuarina, LLC
jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com

Laura F Gross on behalf of Creditor VM South Beach, LLC
lgross@gunster.com, jhoppel@gunster.com

Edward A Marod on behalf of Creditor VM South Beach, LLC
emarod@gunster.com, lwaite@gunster.com

David M. Wells on behalf of Creditor VM South Beach, LLC
dwells@gunster.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov