UNITED STATES BANKRUPTCY COURT
SOUTHERN DITRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                                          CASE NO. 13-25645-LMI

CASA CASUARINA, LLC.,                                                          Chapter 11

       Debtor.
_____/

## NOTICE OF APPEARANCE

Nicholas B. Bangos, and Nicholas B. Bangos, P.A. file this Notice of Appearance and Demand for Service of Pleadings and Other Papers, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("F.R.B.P.") on behalf of Diaz, Reus & Targ, LLP. In accordance with F.R.B.P. Rules 2002 and 9007 the undersigned requests that the Clerk place counsel on the matrix at the following address:

> Nicholas B. Bangos
> Nicholas B. Bangos, P.A.
> 100 S.E. 2nd Street, Suite 2600
> Miami, FL 33131
> (305) 375-9220
> (305) 375-8050 facsimile
> nbangos@diazreus.com

The undersigned requests that the Clerk and all parties serve copies of any and all motions, pleadings, notices, exhibits, reports and documents of any kind filed in these proceedings, without limitation, whether by the Clerk, the Court, or any other party in interest upon said counsel and firm.

1

Further, the undersigned makes this appearance with all reservations of rights available under applicable bankruptcy and nonbankruptcy law in any and all matters arising under, out of, or related to proceedings.

*I Hereby Certify* that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice set forth in Local Rule 2090-1(A).

Dated this 10th day of July, 2013.

> /s/ Nicholas B. Bangos
> Nicholas B. Bangos
> Florida Bar No. 0834238
> 100 S.E. 2nd Street, Suite 2600
> Miami, FL 33131
> (305) 375-9220
> (305) 375-8050 facsimile
> nbangos@diazreus.com
> *Attorneys for Diaz, Reus & Targ, LLP.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished electronically via NEF to all users registered with the Court's CM/ECF service who are entitled to entitled to receive notice electronically on the 10th day of July, 2013.

> /s/ Nicholas B. Bangos
> Attorney