UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC.,                                Case No. 13-25645-LMI

                                                         Chapter 11

    Debtor.
_____/

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I HEREBY certify that on this 11th day of July, 2013, I also served the Debtor's Motion for the entry of an Order (1) authorizing the Debtor to schedule an auction sale of the Debtor's real property, (2) approving bidding procedures in connection with auction sale, (3) approving form and manner of notice of sale, (4) scheduling a sale hearing to approve sale, (5) approving the advance of costs for marketing and (6) approving the sale of the Debtor's interest in the real property free and clear of liens, claims, and encumbrances [D.E. 27] on the attached Service List via U.S. Mail.

                                                            **MARSHALL SOCARRAS GRANT, P.L.**
                                                            Proposed Attorneys for the Debtor
                                                            197 South Federal Highway, Suite 300
                                                            Boca Raton, Florida 33432
                                                           Telephone No. 561.361.1000
                                                           Facsimile No. 561.672.7581
                                                           Email: efile@msglaw.com

                                        By:   /s/ Joe M. Grant
                                                           JOE M. GRANT
                                                           Florida Bar No. 137758
                                                           ADAM D. MARSHALL
                                                           Florida Bar No. 579823
                                                           LAWRENCE E. PECAN
                                                           Florida Bar No. 99086

## SERVICE LIST

**VIA CMECF:**

Mark D. Bloom, Esq. on behalf of Creditor VM South Beach, LLC
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

John R. Dodd, Esq. on behalf of Creditor VM South Beach, LLC
doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com

Joe M. Grant, Esq. on behalf of Debtor Casa Casuarina, LLC
jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com

Laura F Gross on behalf of Creditor VM South Beach, LLC
lgross@gunster.com, jhoppel@gunster.com

Edward A Marod on behalf of Creditor VM South Beach, LLC
emarod@gunster.com, lwaite@gunster.com

David M. Wells on behalf of Creditor VM South Beach, LLC
dwells@gunster.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

## VIA U.S. MAIL

**1116 Ocean Drive, LLC**
c/o Barton G. Weiss
5061 Biscayne Blvd.
Miami, FL 33137

**1116 Ocean Drive, LLC**
c/o Michelle Cholodofsky
as Registered Agent
5061 Biscayne Blvd
Miami, FL 33137

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

**Luxury Resorts, LLC**
c/o Peter T. Loftin
9660 Falls of Neuse Road
Suite 138, #125
Raleigh, NC 27615

**Luxury Resorts, LLC**
c/o Wilson & Ratledge, PLLC
as Registered Agent
4600 Marriott Drive, Suite 400
Raleigh, NC 27612

**United States of America**
**Internal Revenue Service**
Richard Goldman
as Branch Chief & Authorized Agent
1111 Constitution Ave NW
Washington, DC 20224

**Premier Protective Services, Inc.**
c/o Archibaldo Arosemena
as Registered Agent
13780 SW 56 St, Ste 200
Miami, FL 33185

**Herbert Stettin**
c/o Paul Singerman
Berger Singerman
1450 Brickell Avenue, Suite 1900
Miami, FL 33131

**United States Attorney**
Southern District of Florida
Attn: Civil Process Clerk
99 N.E. 4th Street
Miami, FL 33132

**U.S. Department of Justice**
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001