UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                            Case No.: 13-25645-BKC-LMI

CASA CASUARINA, LLC.,                                           Chapter 11

        Debtor.
_____/

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL NOTICES AND PAPERS**

     PLEASE TAKE NOTICE that the undersigned appears for creditors-in-interest, Alexandra Albu, Joseph Bonifacio, Michael Pospisil, Monique Alfonso, and Ranko Salvujevic (collectively, the "Creditors"), and pursuant to Rule 2002 of the Bankruptcy Rules and § 1109(b) of the Bankruptcy Code, demands that all notice given or required to be given in this case and all papers served in this case be given to and served upon:

**Morgan B. Edelboim, Esq**.
**BAST AMRON LLP**
SunTrust International Center
One Southeast Third Avenue
Suite 1440
Miami, Florida 33131
Telephone: 305-379-7904
Facsimile: 305-379-7905
E-mail: medelboim@bastamron.com

     PLEASE TAKE FURTHER NOTICE that pursuant to § 1109(b) of the Bankruptcy Code, the foregoing demand includes, without limitation, orders and notice of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, e-mail, telex or otherwise, which affects the Debtor or the property of the Debtor.

     Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit is intended to waive (i) Creditors' rights to have final orders in non-core matters entered only

00187320.DOC

after *de novo* review by a district court judge (ii) Creditors' rights to a jury trial in any proceeding so triable herein, or in any case, controversy, or proceeding related hereto; (iii) Creditors' rights to have the reference withdrawn by the district court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, defenses, setoffs, or recoupments to which Creditors are or may be entitled to under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 12, 2013

>Respectfully submitted,
>
>**BAST AMRON LLP**
>*Counsel for Creditors Alexandra Albu*
>*Joseph Bonifacio, Michael Pospisil,*
>*Monique Alfonso, and Ranko Salvujevic*
>SunTrust International Center
>One Southeast Third Avenue, Suite 1440
>Miami, Florida 33131
>Telephone: 305-379-7904
>Facsimile: 305-379-7905
>E-mail:  jbast@bastamron.com
>E-mail:  medelboim@bastamron.com
>
>By: /s/ *Morgan B. Edelboim*
>       Jeffrey P. Bast, Esq. (FBN 040955)
>       Morgan B. Edelboim, Esq. (FBN 040955)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served electronically via the Court's CM/ECF system where available, and/or via Email, and/or via U.S. Mail as indicated upon the parties listed on the attached service list on this the 12th day of July, 2013.

/s/ Morgan B. Edelboim
Morgan B. Edelboim

**SERVICE LIST**

**VIA CM/ECF**

- Nicholas B. Bangos    nbangos@diazreus.com
- Mark D. Bloom    bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com
- John R. Dodd    doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com
- Joe M. Grant    jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com
- Laura F Gross    lgross@gunster.com, jhoppel@gunster.com
- Edward A Marod    emarod@gunster.com, lwaite@gunster.com
- Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
- Melinda S Thornton    cao.bkc@miamidade.gov

**VIA U.S. MAIL**

David M. Wells
225 Water St #1750
Jacksonville, FL 32202-5185