## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC,                        Case No. 13-25645-LMI

                                                 Chapter 11

         Debtor.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the *Order Granting Application to Employ the law firm of Marshall Socarras Grant* [D.E. 54], *Order Approving Employment of Lamar P Fisher and Fisher Auction Co and Jill Hertzberg, Jill Eber and Coldwell Banker Residential Real Estate LLC as Auctioneer/Broker and Cooperating Broker* [D.E. 55], *Order Granting Application to Employ Michael Mazzarino as Manager* [D.E. 58], *Amended Order Granting Motion for the Entry of an Order (1) Authorizing Debtor to Schedule and Auction Sale of Debtor's Property, (2) Approving Bidding Procedures in Connection With Auction Sale, (3) Approving Form and Manner of Notice of Auction Sale, (4) Scheduling A Sale Hearing to Approve Sale, (5) Approving the Advance of Costs For Marketing and (6) Approving Sale of The Debtor's Interest in Real Property Free and Clear of Liens, Claims and Encumbrances* [D.E. 60] was served on all parties listed on the attached Service List, and in the manner indicated on July 26, 2013.

                                               Respectfully submitted,

                                               **MARSHALL SOCARRAS GRANT, P.L.**
                                               Proposed Attorneys for the Debtor
                                               197 South Federal Highway, Suite 300
                                               Boca Raton, Florida  33432
                                               Telephone No. 561.361.1000
                                               Facsimile No. 561.672.7581
                                               Email: efile@msglaw.com

                                               By:  /s/ Joe M. Grant
                                                      JOE M. GRANT

Florida Bar No. 137758
ADAM D. MARSHALL
Florida Bar No. 579823
LAWRENCE E. PECAN
Florida Bar No. 99086

## SERVICE LIST

**VIA CMECF:**

Mark D. Bloom, Esq. on behalf of Creditor VM South Beach, LLC
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

John R. Dodd, Esq. on behalf of Creditor VM South Beach, LLC
doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com

Joe M. Grant, Esq. on behalf of Debtor Casa Casuarina, LLC
jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com

Laura F Gross on behalf of Creditor VM South Beach, LLC
lgross@gunster.com, jhoppel@gunster.com

Edward A Marod on behalf of Creditor VM South Beach, LLC
emarod@gunster.com, lwaite@gunster.com

David M. Wells on behalf of Creditor VM South Beach, LLC
dwells@gunster.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Morgan B. Edelboim, Esq. on behalf of Creditors Ranko Salvujevic, Michael Pospisil, Joseph Bonifacio and Alexandra Albu
medelboim@bastamron.com

Neil H. Rubin, ESq., on behalf of Creditor Property Tax Consultants, Ltd.
nhrubin@miamicreditenforcer.com

**SERVED VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID**

| | |
|---|---|
| **Luxury Resorts, LLC** | **1116 Ocean Drive, LLC** |
| Attn: Peter T. Loftin | Attn: Barton G. Weiss |
| 9660 Falls of Neuse Rd. | 5061 Biscayne Blvd. |
| Suite 138 #125 | Miami, FL 33137 |
| Raleigh, NC 27615 | |

**City of Miami Beach**
Attn: Jose Smith, City Attorney
1700 Convention Center Drive
Miami Beach, FL 33139

**U.S. Food Service, Inc.**
Attn: Mary-Marjorie Earnest, Esq.
103 NE 4th Street
Fort Lauderdale, FL 33301

**Anthony Bova**
110 Washington Avenue
#Apt. 1402
Miami Beach, FL 33139

**Ralph S. Marcadis, Esq.**
5104 S. Westshore Blvd.
Tampa, FL 33611

**Douglas D. Stratton, Esq.**
407 Lincoln Road
Suite 2A
Miami Beach, FL 33139

**Stacey Wein, Esq**.
1000 E. Island Blvd.
Apt. 405
Aventura, FL 33160

**U.S. Department of Justice**
Attn: Eric Holder
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**Bank of America, N.A.**
Attn: Daniel Lanelier, Senior Vice President
400 N. Ashley Street
Tampa, FL 33602

See attached mailing matrix.

**Luxury Resors, LLC**
Attn: Wilson & Ratledge, PLLC
as Registered Agent
4600 Marriot Drive, Suite 400
Raleigh, NC 27612

**116 Ocean Drive, LLC**
Attn: Michelle Cholodofsky
5061 Biscayne Blvd.
Miami, FL 33137

**Property Tax Consultants Ltd**
Attn: Neil Rubin
1130 Washington Avenue, 4th Floor
Miami Beach, FL 33130

**Premiere Protective Services, Inc.**
Attn: Archibaldo Arosemena
as Registered Agent
13780 SW 56th Street, Suite 200
Miami, FL 33185

**United States Attorney**
Southern District of Florida
Attn: Civil Process Clerk
99 NE 4th Street
Miami, FL 33132

**Bank of America Strategic Solutions, Inc.**
Attn: Mark E. Moody
400 N. Ashley Street
Tampa, FL 33602

**WESTLB, AG**
Attn: Michael P. Sassos
1211 Avenue of the Americas
New York, NY 10036