UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC,             Case No. 13-25645-LMI

           Chapter 11

   Debtor.
_____/

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the *Notice of Hearing (Re: Emergency Motion for Order Determining Sufficiency of Insurance Coverage* [D.E. 65], was served on all parties listed on the attached Service List, and in the manner indicated on August 1, 2013.

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Proposed Attorneys for the Debtor
197 South Federal Highway, Suite 300
Boca Raton, Florida 33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581
Email: efile@msglaw.com

By: /s/ Joe M. Grant
    JOE M. GRANT
    Florida Bar No. 137758
    ADAM D. MARSHALL
    Florida Bar No. 579823
    LAWRENCE E. PECAN
    Florida Bar No. 99086

## SERVICE LIST

**VIA CMECF:**

Mark D. Bloom, Esq. on behalf of Creditor VM South Beach, LLC
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

John R. Dodd, Esq. on behalf of Creditor VM South Beach, LLC
doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com

Joe M. Grant, Esq. on behalf of Debtor Casa Casuarina, LLC
jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com

Laura F Gross on behalf of Creditor VM South Beach, LLC
lgross@gunster.com, jhoppel@gunster.com

Edward A Marod on behalf of Creditor VM South Beach, LLC
emarod@gunster.com, lwaite@gunster.com

David M. Wells on behalf of Creditor VM South Beach, LLC
dwells@gunster.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

Morgan B. Edelboim, Esq. on behalf of Creditors Ranko Salvujevic, Michael Pospisil, Joseph Bonifacio and Alexandra Albu
medelboim@bastamron.com

Neil H. Rubin, ESq., on behalf of Creditor Property Tax Consultants, Ltd.
nhrubin@miamicreditenforcer.com

**SERVED VIA FIRST CLASS U.S. MAIL, POSTAGE PREPAID**

**Luxury Resorts, LLC**
Attn: Peter T. Loftin
9660 Falls of Neuse Rd.
Suite 138 #125
Raleigh, NC 27615

**1116 Ocean Drive, LLC**
Attn: Barton G. Weiss
5061 Biscayne Blvd.
Miami, FL 33137

**City of Miami Beach**
Attn: Jose Smith, City Attorney
1700 Convention Center Drive
Miami Beach, FL 33139

**Luxury Resors, LLC**
Attn: Wilson & Ratledge, PLLC
as Registered Agent
4600 Marriot Drive, Suite 400
Raleigh, NC 27612

**U.S. Food Service, Inc.**
Attn: Mary-Marjorie Earnest, Esq.
103 NE 4th Street
Fort Lauderdale, FL 33301

**Anthony Bova**
110 Washington Avenue
#Apt. 1402
Miami Beach, FL 33139

**Ralph S. Marcadis, Esq.**
5104 S. Westshore Blvd.
Tampa, FL 33611

**Douglas D. Stratton, Esq.**
407 Lincoln Road
Suite 2A
Miami Beach, FL 33139

**Stacey Wein, Esq**.
1000 E. Island Blvd.
Apt. 405
Aventura, FL 33160

**U.S. Department of Justice**
Attn: Eric Holder
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

**Bank of America, N.A.**
Attn: Daniel Lanelier, Senior Vice President
400 N. Ashley Street
Tampa, FL 33602

See attached mailing matrix.

**116 Ocean Drive, LLC**
Attn: Michelle Cholodofsky
5061 Biscayne Blvd.
Miami, FL 33137

**Property Tax Consultants Ltd**
Attn: Neil Rubin
1130 Washington Avenue, 4th Floor
Miami Beach, FL 33130

**Premiere Protective Services, Inc.**
Attn: Archibaldo Arosemena
as Registered Agent
13780 SW 56th Street, Suite 200
Miami, FL 33185

**United States Attorney**
Southern District of Florida
Attn: Civil Process Clerk
99 NE 4th Street
Miami, FL 33132

**Bank of America Strategic Solutions, Inc.**
Attn: Mark E. Moody
400 N. Ashley Street
Tampa, FL 33602

**WESTLB, AG**
Attn: Michael P. Sassos
1211 Avenue of the Americas
New York, NY 10036