**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC,                                Case No. 13-25645-LMI

                                                               Chapter 11

      Debtor.
_____/

## SUPPLEMENTAL CERTIFICATE OF SERVICE

     **I HEREBY CERTIFY** that a true copy of the *Amended Order Granting Motion for the Entry of an Order (1) Authorizing Debtor to Schedule and Auction Sale of Debtor's Property, (2) Approving Bidding Procedures in Connection With Auction Sale, (3) Approving Form and Manner of Notice of Auction Sale, (4) Scheduling A Sale Hearing to Approve Sale, (5) Approving the Advance of Costs For Marketing and (6) Approving Sale of The Debtor's Interest in Real Property Free and Clear of Liens, Claims and Encumbrances* [D.E. 60] was served on all parties listed on the attached Service List, and in the manner indicated on August 15, 2013.

                                    Respectfully submitted,

                                    **MARSHALL SOCARRAS GRANT, P.L.**
                                    Proposed Attorneys for the Debtor
                                    197 South Federal Highway, Suite 300
                                    Boca Raton, Florida  33432
                                    Telephone No. 561.361.1000
                                    Facsimile No. 561.672.7581
                                    Email: efile@msglaw.com

                       By:   /s/ Joe M. Grant_____
                                    JOE M. GRANT
                                    Florida Bar No. 137758
                                    ADAM D. MARSHALL
                                    Florida Bar No. 579823
                                    LAWRENCE E. PECAN
                                    Florida Bar No. 99086

## SERVICE LIST

**VIA U.S. MAIL**

Banc of America Strategic Solutions, Inc.
c/o The Corporation Trust Company
as Registered Agent
Corporation Trust Center
1209 Orange St
Wilmington, DE 19801

Bank of America, National Association
Attn: Brian Moynihan
100 North Tryon St
Charlotte, NC 28202
(**Via Certified Mail**)

City of Miami Beach
Attn: Mayor Matti H. Bower
1700 Convention Center Drive
Miami Beach, FL 33139

US Foods, Inc.
c/o CT Corporation System
as Registered Agent
1200 South Pine Island Road
Plantation, FL 33324

US Foods, Inc.
c/o Juliette W Pryor
9399 West Higgins Road
Suite 500
Rosemont, IL 60018-6600