UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC,　　　　　　　　　　　　　Case No. 13-25645-LMI
　　　　　　　　　　　　　　　　　　　　　　　　　Chapter 11
　　　　Debtor.
_____/

**VM SOUTH BEACH NOTICE OF (I) AMOUNT OF AUCTION DATE CLAIM AND CREDIT BID, AND (II) COMPONENTS OF ANNOUNCED BID AT AUCTION**

VM South Beach, LLC ("**VM**"), by and through undersigned counsel and pursuant to the terms of the Sale Procedures Order,[1] files this Notice setting forth (a) the full and updated amounts of its Credit Bid as of the Auction Date (as defined below) (the "**Auction Date Claim**"), and (b) the components of all bids to be announced on its behalf at the Auction.

　　　1.　　VM filed Proof of Claim No. 8 (the "**Proof of Claim**") on August 2, 2013. The Proof of Claim sets forth the amount of VM's secured claim against the Debtor. Paragraphs 5 and 6 of the Sale Procedures Order imposed a deadline for any party in interest to object to VM's Proof of Claim for, among other things, purposes of (a) VM's right of credit bid at the auction (the "**Auction**") of the Casa Casuarina property scheduled to occur on September 17, 2013 (the "**Auction Date**"), and (b) VM's right to distributions at the Closing[2] of the sale of the property to a purchaser other than VM. No party in interest has filed a timely Objection, and all objections to the amount of the VM Proof of Claim and Credit Bid are deemed waived except (i) the right

---

[1] "**Sale Procedures Order**" means the Court's Amended Order Granting Debtor's Motion for the Entry of an Order (1) Authorizing Debtor to Schedule an Auction Sale of Debtor's Property; (2) Approving Bidding Procedures and Initial Stalking Horse Bid in Connection with Auction Sale; (3) Approving Form and Manner of Notice of Auction Sale; (4) Scheduling a Sale Hearing to Approve Sale; (5) Approving the Advance of Costs for Marketing as a Future Advance by VM South Beach, LLC; and (6) Approving the Sale of the Debtor's Interest in Real Property Free and Clear of Liens, Claims and Encumbrances, with Liens to Attach to Proceeds [ECF No. 60].

[2] Capitalized terms used and not otherwise defined herein shall have the meaning set forth in the Sale Procedures Order.

of the Debtor and Michael Goldberg, as trustee of the Liquidating Trust for Rothstein Rosenfeldt Adler, P.A. (the "**RRA Trustee**") to object to the amount by which VM's final claim exceeds the amount of VM's Proof of Claim, and (ii) in the event the Casa/RRA Settlement[3] is not approved in this case and/or the RRA bankruptcy case, the right of the RRA Trustee to assert the priority of his alleged equitable lien claim over the lien of VM's mortgage.

### The Auction Date Claim

2.  Pursuant to paragraphs 2(c), 2(i) and 2(*l*) of the Sale Procedures Order, VM files this Notice to update and fix certain amounts that were estimated in the Proof of Claim, and incorporate an agreed reduction in the amount of $500,000 to the amount of VM's claim. The total amount of VM's Auction Date Claim is $34,471,879.84, calculated as follows:

| VM's Auction Date Claim | |
| --- | --- |
| **Pre-Petition Claim** | |
| Outstanding Principal: | $25,000,000.00 |
| Interest on Outstanding Principal at the Interest Rate of 2.5075% per annum from December 1, 2010 to January 4, 2011: | $59,204.86 |
| Interest on Outstanding Principal at the Interest Rate of 2.51063% per annum from January 4, 2011 to January 9, 2011: | $8,717.47 |
| Interest on Outstanding Principal at the Default Rate of 9.0% per annum from January 10, 2011 to December 13, 2011 (337 days): | $2,106,250.00 |
| Interest on Outstanding Principal at the Default Rate of 9.0% per annum from December 14, 2011 to July 1, 2013 (565 days): | $3,335,069.44 |
| Late charges on interest at 5.0% per month from | $3,396.12 |

---

[3] "**Casa/RRA Settlement**" means the settlement between the Debtor and the RRA Trustee, more fully described in the *Motion to Approve Prepetition Settlement Agreement Between the Estate of Rothstein Rosenfeldt Adler, P.A. and the Debtor, Loftin Family, LLC, Loftin Hospitality, LLC, Luxury Resorts, LLCaAnd Peter Loftin* [ECF No. 83] filed by the Debtor on September 3, 2013.

| | |
|---|---:|
| December 1, 2010 to January 4, 2011: | |
| Late charges on principal at 5.0% per month from January 4, 2011 to December 13, 2011: | $48,738.50 |
| Late charges on interest at 5.0% per month from January 4, 2011 to December 13, 2011: | $105,312.50 |
| Late charges on interest at 5.0% per month from January 1, 2012 to July 1, 2013 (19 months): | $112,152.82 |
| Late charges on principal at 5.0% per month from January 1, 2012 to July 1, 2013 (19 months): | $79,735.87 |
| Attorneys' Fees and Costs as of the Petition Date: | $1,883,382.48 |
| Advances for 2009, 2010 and 2011 Taxes: | $808,510.18 |
| Interest on 2009, 2010 and 2011 Taxes ($808,510.18) at the Default Rate of 9.0% per annum from April 27, 2012 to July 1, 2013 (430 days): | $86,914.84 |
| **Pre-Petition Indebtedness:** | **$33,637,385.08** |
| **Post-Petition Claim** | |
| Property inspection expenses: | $7,424.21 |
| Marketing and advertising expenses: | $50,000.00 |
| Insurance expenses: | $245,507.65 |
| Security expenses: | $14,153.96 |
| Fire-inspection-repair expenses: | $0.00 |
| Per Diem Interest from the Petition Date to the Auction Date (79 days): | $493,750.00 |
| Late charges on interest at 5.0% per month from Petition Date to Auction Date (3 months): | $24,687.50 |
| Late charges on principal at 5.0% per month from Petition Date to Auction Date (3 months): | $13,932.45 |
| Attorneys' Fees from the Petition Date to the Auction Date: | $485,038.99 |
| **Post-Petition Indebtedness:** | **$1,334,494.76** |

3

| | |
|---|---:|
| **Total Indebtedness as of September 17, 2013:** | $34,971,879.84 |
| Agreed reduction in the amount of VM's claim: | $500,000.00 |
| **Total Auction Date Claim:** | $34,471,879.84 |

Pursuant to section 363(k) of the Bankruptcy Code and paragraphs 2(c), 2(*l*), 5, and 6 of the Sale Order, the amount of the Auction Date Claim is the maximum amount of VM's Credit Bid. Pursuant to paragraphs 2(i) and 6 of the Sale Procedures Order, the Auction Date Claim constitutes the Undisputed Portion of VM's claim for purposes of distribution to VM from the proceeds of the Sale at Closing, in the event VM is not the Successful Bidder. VM expressly reserves the right to seek payment of additional interest, attorneys' fees and expenses incurred after the Auction Date in the event that it is not the Successful Bidder, or in any further proceedings before the United States District Court, S.D. Fla. in Case No. 11-24612-Civ-ROSENBAUM-Snow.

### The VM Announced Bid

3.  Any bid announced by VM at the Auction (each, a "**VM Announced Bid**") shall be deemed to be comprised of the following components:

   (i)   first, an amount of cash (the "**Tax Lien Cash**") equal to $646,133.74;[4]

   (ii)  second, an amount of its Credit Bid representing the difference between the Tax Lien Cash and the VM Announced Bid; and

   (iii) third, to the extent that any VM Announced Bid may exceed the aggregate sum of the Tax Lien Cash plus the Auction Date Claim, an amount of additional cash equal to the difference between such aggregate sum and the VM Announced Bid.

---

[4] As of the Bid Deadline, VM has deposited the sum of $646,133.74 in the trust account of Debtor's counsel, pursuant to paragraph 2(*l*) of the Sale Procedures Order. In consultation with representatives of the Miami-Dade County Tax Collector, VM has learned that the actual amount of the outstanding taxes may be $624,009.28, including interest through September 2013. Nevertheless, VM has deposited $646,133.74 as provided in the Sale Procedures Order in escrow with Debtor's counsel and, if appropriate, will "true up" the calculations at Closing.

Dated September 16, 2013.

Respectfully submitted,

/s/ Mark D. Bloom
MARK D. BLOOM
Florida Bar No. 303836
bloomm@gtlaw.com
JOHN R. DODD
Florida Bar No. 38091
doddj@gtlaw.com
GREENBERG TRAURIG, P.A.
333 Avenue of the Americas
Miami, Florida 33131
Telephone: (305) 579-0500
Facsimile: (305) 579-0717

- and -

SCOTT M. GROSSMAN
Florida Bar No. 0176702
grossmansm@gtlaw.com
GREENBERG TRAURIG, P.A.
401 East Las Olas Blvd., Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 765-0500
Facsimile: (954) 765-1477


Counsel for VM South Beach, LLC

5

## CERTIFICATE OF SERVICE

       I HEREBY CERTIFY that a true and correct copy of the foregoing notice was served on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF on September 16, 2013 or by first class U.S. mail, postage prepaid, for those counsel or parties identified on the Service List below, who are not authorized to receive electronically Notices of Electronic Filing on September 16, 2013.

                                                        Mark D. Bloom_____
                                                        MARK D. BLOOM

**13-25645-LMI Notice will be electronically mailed to:**

Nicholas B. Bangos, Esq. on behalf of Creditor Diaz, Reus & Targ, LLP.
nbangos@diazreus.com

Mark D. Bloom, Esq. on behalf of Creditor VM South Beach, LLC
bloomm@gtlaw.com, MiaLitDock@gtlaw.com;miaecfbky@gtlaw.com

John R. Dodd, Esq. on behalf of Creditor VM South Beach, LLC
doddj@gtlaw.com, miaecfbky@gtlaw.com;mialitdock@gtlaw.com

Morgan B. Edelboim, Esq. on behalf of Creditor Alexandra Albu
medelboim@bastamron.com, mdesvergunat@bastamron.com; jmiranda@bastamron.com;mgarcia@bastamron.com

Morgan B. Edelboim, Esq. on behalf of Creditor Joseph Bonifacio
medelboim@bastamron.com, mdesvergunat@bastamron.com; jmiranda@bastamron.com;mgarcia@bastamron.com

Morgan B. Edelboim, Esq. on behalf of Creditor Michael Pospisil
medelboim@bastamron.com, mdesvergunat@bastamron.com; jmiranda@bastamron.com;mgarcia@bastamron.com

Morgan B. Edelboim, Esq. on behalf of Creditor Monique Alfonso
medelboim@bastamron.com, mdesvergunat@bastamron.com; jmiranda@bastamron.com;mgarcia@bastamron.com

Morgan B. Edelboim, Esq. on behalf of Creditor Ranko Salvujevic
medelboim@bastamron.com, mdesvergunat@bastamron.com; jmiranda@bastamron.com;mgarcia@bastamron.com

Joe M. Grant, Esq. on behalf of Debtor Casa Casuarina, LLC
jgrant@msglaw.com, efile@msglaw.com;mg197ecfbox@gmail.com

Laura F Gross on behalf of Creditor VM South Beach, LLC
lgross@gunster.com, jhoppel@gunster.com

Scott M. Grossman, Esq. on behalf of Creditor VM South Beach LLC
grossmansm@gtlaw.com, rosr@gtlaw.com;MiaLitDock@gtlaw.com;
MiaLitDock@gtlaw.com;FTLLitDock@GTLaw.com;miaecfbky@gtlaw.com

David Hywel Leonard, Esq on behalf of Creditor Carlton Fields, P.A.
hleonard@carltonfields.com, lrodriguez@carltonfields.com;tpaecf@cfdom.net

Isaac M Marcushamer, Esq. on behalf of Creditor Michael I. Goldberg. Liquidating Trustee of the Rothstein Rosenfeldt and Adler, P.A. Liquidating Trust
imarcushamer@bergersingerman.com, fsellers@bergersingerman.com;
efile@bergersingerman.com

Edward A Marod on behalf of Creditor VM South Beach, LLC
emarod@gunster.com, lwaite@gunster.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Luis Salazar, Esq. on behalf of Interested Party Palm Beach Polo, Inc., d/b/a Palm Beach Polo and Country Club
salazar@salazarjackson.com,jackson@salazarjackson.com;aguilar@salazarjackson.com;
Lee-Sin@SalazarJackson.com

Frank P Scruggs on behalf of Creditor Michael I. Goldberg. Liquidating Trustee of the Rothstein Rosenfeldt and Adler, P.A. Liquidating Trust
fscruggs@bergersingerman.com;clamb@bergersingerman.com;efile@bergersingerman.com

Paul Steven Singerman, Esq on behalf of Creditor Michael I. Goldberg. Liquidating Trustee of the Rothstein Rosenfeldt and Adler, P.A. Liquidating Trust
singerman@bergersingerman.com, mdiaz@bergersingerman.com;efile@bergersingerman.com

Melinda S Thornton, Esq on behalf of Creditor Miami-Dade County Tax Collector
cao.bkc@miamidade.gov

**13-25645-LMI Notice will be sent via U.S. Mail, postage prepaid, to:**

Jill Eber
1691 Michigan Ave #105
Miami Beach, FL 33139

Lamar Fisher
2112 E Atlantic Blvd
Pompano Beach Blvd,

Jill Hertzbrerg
1691 Michigan Ave #105
Miami Beach, FL 33139

Neil Rubin
on behalf of Creditor Property Tax Consultants, Ltd.
1130 Washington Ave 4 Fl
Miami Beach, FL 33139

David M. Wells
on behalf of Creditor VM South Beach LLC
225 Water St #1750
Jacksonville, FL 32202-5185