```
In re                           United States Bankruptcy Court
                                  Southern District of Florida

Casa Casuarina LLC                                                    Case No. 13-25645
                                                                      Chapter 11
Debtor                          CERTIFICATE OF SERVICE

District/off: 113c-c         User: 119              Page 1 of 5            Date Rcvd: Sep 26, 2013

Notice by first class mail of [ECF Nos. 18 and 111] were sent to the following persons/entities by
the Noticing Center on Sep 27, 2013.
178           +1116 Ocean Drive, LLC,    Attn: Barton G. Weiss,    5061 Biscayne Blvd.,    Miami, FL 33137-3230
184           +1116 Ocean Drive, LLC,    Attn: Michelle Cholodofsky, RA,    5061 Biscayne Blvd.,
                Miami, FL 33137-3230
185            1116 Ocean Drive, LLC,    c/o Ball Lamb and Ball, P.A.,    Penthouse One,    2665 S. Bayshore Drive,
                Miami, FL 33133-5448
186           +1116 Ocean Drive, LLC,    c/o Barton G. Weiss,    5061 Biscayne Blvd.,    Miami, FL 33137-3230
7              1116 Ocean Drive, LLC,    c/o Hall Lamb and Hall, P.A.,    Penthouse One,    2665 S. Bayshore Drive,
                Miami, FL 33133-5448
238           +1234 Partners,    1234 Washington Avenue, Suite 204,    Miami Beach FL 33139-4673
241           +1644 Holding Corp,    1644 NE 2 Ave,    Miami FL 33132-1206
251           +AMERICAN EXPRESS,    200 Vesey Street,    New York, NY 10285-0002
9              Aaron Parthemer,    1309 NE 2 Street,    Ft. Lauderdale, FL 33301-1739
249           +Ace Property and Casualty Insurance,    436 WALNUT ST,    PHILADELPHIA, PA 19106-3703
10             Al Eskanazy,    68 Glenwood Road,    New York, NY 11576-1029
12             Alexandra Albu,    c/o Morgan B. Edelboim, Esq.,    Bast Amron LLP,    1 SE 3rd Ave., Suite 1440,
                Miami, FL 33131-1714
11             Alexandra Albu,    c/o Lawrence McGuinness, Esq.,    1627 S.W. 37th Ave.,    Suite 100,
                Miami, FL 33145-1773
13             Alfred Chouinard,    c/o Thomas Butler, Esq.,    407 Lincoln Rd.,    Suite 4C,
                Miami Beach, FL 33139-3008
14             Alphonse Tribuiani,    2350 Cheshire Lane,    Naples, FL 34109-3374
15             Andrea Baclea,    5562 Pinetree Drive,    Miami Beach, FL 33140-2148
16             Andrew Barroway,    636 Creighton Road,    Villanova, PA 19085-2034
173           +Anthony Bova,    110 Washington Avenue,    #Apt. 1402,    Miami Beach, FL 33139-7223
17             Armin Mattli,    42207 Fisher Island Drive,    Miami Beach, FL 33109-1293
18             August DiRenzo,    51 West 52 Street 11th Floor,    New York, ny 10019-6136
190           +Banc of America Strategic Solutions, Inc.,    c/o The Corporation Trust Company,
                as Registered Agent,    Corporation Trust Center,    1209 Orange St,    Wilmington, DE 19801-1196
192           +Bank of America,    Strategic Solutions, Inc.,    Attn: Mark E. Moody,    400 N. Ashley Street,
                Tampa, FL 33602-4300
191           +Bank of America,,    National Association,    Attn: Brian Moynihan,    100 North Tryon St,
                Charlotte, NC 28202-4000
193           +Bank of America, N.A.,    Attn: Daniel Lanelier, Senior Vice President,    400 N. Ashley Street,
                Tampa, FL 33602-4300
19             Barry Sendach,    c/o Thomas Butler, Esq.,    407 Lincoln Rd.,    Suite 4C,
                Miami Beach, FL 33139-3008
20             Bart Seidler,    P.O. Box 640372,    San Francisco, ca 94164-0372
21             Ben Gupta,    P.O. Box 27395,    Omaha, ne 68127-0395
22             Bill Lobel,    1287 Cliff Drive,    Laguna Beach, ca 92651-1310
23             Blake Morris,    7 Sylvan Way,    Parsippan, nj 07054-3805
24             Carl Rudeman,    20165 NE 39 Place TSN,    Aventura, FL 33180-3424
25             Carlton Fields,    100 S.E. 2nd Street,    Suite 4200,    Miami, FL 33131-2113
196            Casa Casuarina, LLC,    1116 Ocean Drive,    Miami Beach, FL 33139-4609
26             Charles Nabit,    17 Commerce Street,    Balitimore, md 21202-3230
27             Christina Di Raimondo,    2410 North Shore Terrace,    Miami Beach, FL 33141-2448
28             Christopher Kosachuck,    1160 Dairy Ashford Road #310,    Houston, tx 77079-3000
29             Christopher Melton,    295 Geenwich Street Apt# 536,    New York, ny 10007-1049
30             Cindy Weisfisch,    3835 La Playa Blvd.,    Miami Beach, FL 33133-6363
171           +City of Miami Beach,    Attn: Jose Smith, City Attorney,    1700 Convention Center Drive,
                Miami Beach, FL 33139-1824
198           +City of Miami Beach,    Attn: Mayor Matti H. Bower,    1700 Convention Center Drive,
                Miami Beach, FL 33139-1824
31             Daniel Gerard Lazarek,    40 Kenmare Hall NE,    Atlanta, ga 30324-2566
32             Daniel R. Lewis,    4000 Ponce de Leon Blvd. Suite 510,    Coral Gables, FL 33146-1431
33             Dave Lageshulte,    4411 Cleveland Avenue,    Fort Myers, FL 33901-9011
34             David Allen,    113 Carolina Avenue,    Chapel Hill, nc 27514-3201
35             David Jenks,    2401 Pennsylvania Avenue NW STE H,    Washington, dc 20037-1730
36             David Nesslein,    David Nesslein P.O. Box 330248,    Coconut Grove, FL 00033-3233
236           +Destination Club Management LLC,    c/o Berger Singerman,    200 S Biscayne Blvd, Suite 1000,
                Miami FL 33131-5344
1              Diaz, Reus & Targ, LLP.,    100 S.E. 2nd Street,    Suite 2600,    Miami, FL 33131-2118
199           +Dirk Lorenzen, Esq.,    Lorenzen Law, P.A.,    150 Alhambra Circle, Suite 1220,
                Coral Gables, FL 33134-4535
37             Don Hood,    Don Hood 111 West 16th Street Apt 2G,    New York, ny 10011-6247
175           +Douglas D. Stratton, Esq.,    407 Lincoln Road,    Suite 2A,    Miami Beach, FL 33139-3018
38             Elena Girenko,    480 Tennyson Drive,    Staton Island, ny 10312-6552
39             Elizabeth Kumin,    c/o Thomas Butler, Esq.,    407 Lincoln Road,    Suite 4C,
                Miami Beach, FL 33139-3008
40             Eloy Carmenate,    1451 Ocean Drive STE 104,    Miami Beach, FL 33139-4129
202            Eminence Organic Skin,    Care, Inc.,    1715 Cook Street #201,    Vancouver, BC Canada V5Y3J6
41             Engin K Yesil,    1080 NW 163 Drive,    Miami, FL 33169-5818
42             Felix Sabates,    950 N Polk Street,    Pineville, nc 28134-8562
43             Francine McBeath,    4750 West Flamingo,    Las Vegas, nv 89103-7712
44             Frank Alvarez,    80 NW 22 Avenue,    Miami, FL 33125-5214
45             Frank Kardonski,    P.O. Box 491527,    Key Biscayne, FL 33149-7527
```

```
District/off: 113c-c           User: 119                  Page 2 of 5                   Date Rcvd: Sep 26, 2013
                               Form ID: Casa              Total Noticed: 209


46           Frank Leffin,    3255 NE 184 Street Apt# 12311,    Aventura, FL 33160-4992
47           Fred Chouinard,    407 Ocean Drive,    Golden Beach, FL 33160-2213
243         +Freshpoint South Florida Inc.,    registered agent,    155 OFFICE PLAZA DR. SUITE A,
              TALLAHASSEE, FL 32301-2844
240         +Gaebe, Mullen, Antonelli & DiMatteo,    420 South Dixie Highway, 3rd Floor,
              Coral Gables, Florida 33146-2227
48           Gary Goodman,    3550 Wabeek Lake Drive East,    Bloomfield Hills, mi 48302-1206
49           George Bardwil,    1071 Avenue of the Americas,    New York, ny 10018-3753
50           George Kidman,    2901 Rigsby Lane,    Safety Harbor, FL 34695-4828
51           Gina Johnson,    c/o Thomas Butler, Esq.,    407 Lincoln Road,    Suite 4C,
              Miami Beach, FL 33139-3008
52           Gordon Gurnick,    7 Sylvan Way,    Parsippany, nj 07054-3805
53           Gregg Epstein,    1033 NE 17 Way Suite# 1001,    Ft. Lauderdale, FL 33304-2478
54           Herbert Stettin, Chapter 11 Trustee,    c/o Charles H. Lichtman, Esq.,    Berger Singerman,
              350 East Las Olas Blvd.,    Fort Lauderdale, FL 33301-4211
56           Hoyt Barnett,    5815 Live Oak Road,    Lakeland, FL 33813-3082
57           Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
58           Iris Smith,    1215 Spruce Street Suite#200,    Boulder, co 80302-4839
59           Isnar Oliveira,    3404 NE 167 Street,    North Miami Beach, FL 33160-3852
60           Ivan Kaufman,    333 Earle Ovingtn Blvd.,    Uniondale, FL 11553-3614
61           Ivan Kaufman,    c/o Thomas Butler, Esq,,    407 Lincoln Rd.,    Suite 4C,
              Miami Beach, FL 33139-3008
62           Jack Waldman,    1831 Meadows Road,    Hellertown, PA 18055-2716
63          +James Evans,    301 East 4 Street 40th Floor,    Cincinnati,, oh 45202-4245
64           James Ferraro,    4000 Ponce de Leon Blvd. STE 700,    Coral Gables, FL 33146-1434
65           James Harold,    1307 Kenan Street,    Wilson, nc 27893-2305
66           James Harrold,    c/o Thomas Butler, Esq.,    407 Lincoln Rd.,    Suite 4C,
              Miami Beach, FL 33139-3008
67           James Randel,    50 Old Hill Road,    Westport, ct 06880-2309
69           Jeff Berkowitz,    2665 South Bayshore Drive STE 1200,    Coconut  Grove, FL 33133-5468
70           Jerri Sendach,    c/o Thomas Butler, Esq.,    407 Lincoln Rd.,    Suite 4C,
              Miami Beach, FL 33139-3008
71           Jerry Sendach,    11805 Watercrest Lane,    Boca Raton, FL 33498-6214
160          Jill Eber,    1691 Michigan Ave #105,    Miami Beach, FL 33139-2558
161          Jill Hertzbrerg,    1691 Michigan Ave #105,    Miami Beach, FL 33139-2558
72           Joanna Segal,    19 Indian Creek Road,    Indian Creek Village, FL 33154-2904
73           Joe Berkovits,    11735 NW 2 Street,    Plantation, FL 33325-2501
162          Joe M. Grant Esq.,    Marshall Socarras Grant, P.L.,    197 S. Federal Hwy #300,
              Boca Raton, FL 33432-4946
74           Joel Seiden,    235 W 48th Steet PH#A,    New York, ny 10036
75           John Dinaso,    208 Brehaut Avenue S.I,,    New York, ny 10307
76           John Lazore,    24 Pyke Road,    Hogansburg, ny 13655-3186
77           Joseph Bonifacio,    c/o Lawrence McGuinness, Esq.,    1627 S.W. 37th Avenue,    Suite 100,
              Miami, FL 33145-1773
78           Joseph Bonifacio,    c/o Morgan B. Edelboim, Esq.,    Bast Amron LLP,    1 SE 3rd Ave., Suite 1440,
              Miami, FL 33131-1714
79           Kenwood Gaines,    800 Bush River Road Suite# B,    Columbia, sc 29210-7586
80           Khaled Hafez,    3475 Oak Valley Road Unit 3010-3020,    Atlanta, ga 30326-1220
81           Larissa Goldenberg,    1246 Caryn Terrace,    Northbrook, il 60062-4607
82           Larry Harris,    4211 Croyton Road,    Naples, FL 34103
83           Laurin Seiden,    235 West 48 Street,    New York, ny 10036-1404
84           Leonard Potillo,    1882 Oakbrook Drive Orlando,    Orlando, FL 32779-3133
85           Loran McGlynn,    c/o Thomas Butler, Esq.,    407 Lincoln Road, Suite 4C,
              Miami Beach, FL 33139-3008
86           Louis Di Raimondo,    2410 North Shore Terrace,    Miami Beach, FL 33141-2448
87           Luciano Rammairone,    195 Benedict Road,    Staten Island, ny 10304-1205
179         +Luxury Resorts, LLC,    Attn: Wilson & Ratledge, PLLC,    as Registered Agent,
              4600 Marriot Drive, Suite 400,    Raleigh, NC 27612-3305
170         +Luxury Resorts, LLC,    Attn: Peter T. Loftin,    9660 Falls of Neuse Rd.,    Suite 138 #125,
              Raleigh, NC 27615-2435
210         +Luxury Resorts, LLC,    c/o Peter T. Loftin,    9660 Falls of Neuse Road,    Suite 138, #125,
              Raleigh, NC 27615-2435
211         +Luxury Resorts, LLC,    Attn: Wilson & Ratledge, PLLC,    as Registered Agent,
              4600 Marriot Drive, Suite 400,    Raleigh, NC 27612-3305
246         +Lyon Financial Services, Inc.,    1310 Madrid Street, Suite 100,    Marshall, MN 56258-4001
88           Manuel Santayana,    160 Riverside Blvd. STE 19M,    New York, ny 10069-0008
89           Maria Pienkowski,    P.O. Box 32277,    TN. 37930-2277,    tn 37930-2277
90           Mark Bloom,    3102 West End Avenue STE 500,    Nashville, tn 37203-6017
91          +Matthew Goss,    10960 Wilshire Blvd. Ste 1900,    Los Angeles, ca 90024-3805
92           Matthew Trifiro,    P.O. Box 01967834,    Sioux Falls, sd 57186-0001
93           Matthias Nixdorf,    15 33175 Bad Lippspringe Germany,    15 33175 Bad Lippspringe Germany
212         +Miami Dade County Attorney,    R.A. Cuevas Jr., County Attorney,    111 NW 1st Street, Suite 2810,
              Miami, FL 33128-1930
94          +Miami Dade County Tax Collector,    140 West Flagler Street,    1st Floor,    Miami, FL 33130-1519
213         +Miami-Dade County,    Office of the Mayor Carlos A. Gimenez,    Stephen P. Clark Center,
              111 NW 1st Street,    Miami, FL 33128-1930
215          Miami-Dade County Tax Collector,    Miami -Dads County Bankruptcy Unit,
              c/o April Burch Paralegal Unit,    140 W Flagler St. 11403,    Miami, FL 33130-1569
216          Miami-Dade County Tax Collector,    Paralegal Unit 11403,    140 West Flagler St.,
              Miami, FL33130-1569
```

```
District/off: 113c-c                 User: 119                    Page 3 of 5                     Date Rcvd: Sep 26, 2013
                                     Form ID: Casa                Total Noticed: 209

2               Miami-Dade County Tax Collector,    Miami-Dade County Bankruptcy Unit,    c/o April Burch,
                  Paralegal Unit,    140 W Flagler St. #1403,    Miami, FL 33130-1569
95              Miami-Dade County Tax Collector,    Paralegal Unit #1403,    140 West Flagler St.,
                  Miami, FL33130-1569
96              Michael Granuzzo,    320 North 1st Street Suite#606,    Jacksonville Beach, FL 32250-6947
97              Michael Lastoria,    444 West 19 Street #1001,    New York, ny 10011-3850
98              Michael Miarecki,    420 Lincoln Road Suite# 216,    Miami Beach, FL 33139-3017
99              Michael Moss,    2700 Sunset Drive,    Miami, FL 33140-4243
217             Michael Pospisil,    c/o Lawrence McGuinness, Esq.,    1627 S.W. 37th Avenue,    Suite 100,
                  Miami, FL 33145-1773
100             Michael Pospisil,    c/o Lawrence McGuiness, Esq.,    1627 S.W. 37th Ave.,    Suite 100,
                  Miami, FL 33145-1773
101             Michael Pospisil,    c/o Morgan B. Edelboim, Esq.,    Bast Amron LLP,    1 SE 3rd Ave., Suite 1440,
                  Miami, FL 33131-1714
102             Mike Nu ez,    2531 Del Lago Drive,    Ft. Lauderdale, FL 33316-2303
103             Mira Corbach,    77 Mozartstrasse 49076 Osnabrueck German,
                  77 Mozartstrasse 49076 Osnabrueck German
104             Monique Alfonso,    c/o Lawrence McGuinness, Esq.,    1627 S.W. 37th Avenue,    Suite 100,
                  Miami, FL 33145-1773
105             Monique Alfonso,    c/o Morgan B. Edelboim, Esq.,    Bast Amron LLP,    1 SE 3rd Ave., Suite 1440,
                  Miami, FL 33131-1714
106             Mounir Badaan,    43 Graceview Drive,    Kinnelon, nj 07405-2952
107             Office of the US Trustee,    51 S.W. 1st Ave.,    Suite 1204,    Miami, FL 33130-1614
247            +PLATTE RIVER INSURANCE COMPANY,    1600 ASPEN COMMONS,    MIDDLETON, WI 53562-4718
108             Paul Caruso,    184 Bertha Place,    Staten Island, FL 10301-3807
109             Paul Klaassen,    200 South Biscayne Blvd. 6th Floor,    Miami, FL 33131-5351
110             Peter Estler,    1701 Pearl Street,    Boulder, co 80302-5582
111             Peter Schroeder,    100 SE 2 Street   Suite#2610,    Miami, FL 33131-2150
250            +Pompei Warehouses, LLC,    167 NW 25 STREET,    MIAMI, FL 33127-4417
242            +Port Royale Trading Co.,    NICHOLS, RICHARD CJR - Registered Agent,    3407-A NW 72 AVENUE,
                  MIAMI, FL 33122-1321
182            +Premiere Protective Services, Inc.,    Attn: Archibaldo Arosemena,    as Registered Agent,
                  13780 SW 56th Street, Suite 200,    Miami, FL 33175-6062
112             Property Tax Consultans Ltd,    c/o Neil Rubin,    1130 Washington Av 4th Floor,
                  Miami Beach Beach FL 33139-4600
181            +Property Tax Consultants Ltd,    Attn: Neil Rubin,    1130 Washington Avenue, 4th Floor,
                  Miami Beach, FL 33139-4600
113             Property Tax Consultants, Ltd.,    c/o Evan J. Langbein, Esq.,    Langbein & Langbein, P.A.,
                  8181 N.W. 154th Street, Suite 105,    Hialeah, FL 33016-5861
3               Property Tax Consultants, Ltd.,    c/o Neil Rubin,    1130 Washington Ave 4th Fl,
                  Miami Beach, FL 33139-4600
174            +Ralph S. Marcadis, Esq.,    5104 S. Westshore Blvd.,    Tampa, FL 33611-5650
224             Ranko Slaujevic,    c/o Lawrence McGuinness, Esq.,    1627 S.W. 37th Avenue,    Suite 100,
                  Miami, FL 33145-1773
114             Ranko Slavujevic,    c/o Lawrence McGuinness, Esq.,    1627 S.W. 37th Ave.,    Suite 100,
                  Miami, FL 33145-1773
115             Ranko Slavujevic,    c/o Morgan B. Edelboim, Esq.,    Bast Amron LLP,    1 SE 3rd Ave., Suite 1440,
                  Miami, FL 33131-1714
237            +Reto Gaudenzi,    c/o Sean Ellsworth, Esq.,    Ellsworth Law Firm, P.A.,
                  420 Lincoln Rd, Suite 601,    Miami Beach FL 33139-3015
116             Rice Pugatch Robinson Schiller,    101 N.E. 3rd Ave.,    Suite 1800,
                  Fort Lauderdale, FL 33301-1252
117             Rice Pugatch Robinson Schiller, P.A.,    101 N.E. 3rd Ave.,    Suite 1800,
                  Fort Lauderdale, FL 33301-1252
118             Richard Yulman,    4000 Ponce de Leon Blvd. Suite 510,    Coral Gables, FL 33146-1431
119             Rita Steiner,    10155 Collins Avenue #1806,    Bal Harbour, FL 33154-1629
120             Robert Berg,    9400 South Dadeland Blvd. Ste# 720,    Miami, FL 33156-2844
121             Robert Corby,    151 Barton Avenue,    Palm Beach, FL 33480-6113
122             Robert Preiss,    201 Bird Road,    Miami, FL 33146-1402
123             Robert Rowen,    c/o Thomas Butler, Esq.,    407 Lincoln Rd.,    Suite 4C,
                  Miami Beach, FL 33139-3008
235            +Robin J. Rubens,    Levine Kellogg Lehman,    Schneider & Grossman LLP,    201 South Biscayne Blvd.,
                  22nd Floor, Miami Center,    Miami, FL 33131-4332
125             Ronald Demeo,    P.O. Box 21026,    Ft. Lauderdale, FL 33335-1026
126             Ryan Freedman,    400 Broome Street 11th Floor,    New York, ny 10013-3283
127             Sabrina Fears,    788 NE 39 Street,    Boca Raton, FL 33431-6145
128             Sarah Paolino,    2626 Delmar Place,    Ft. Lauderdale, FL 33301-1576
129             Sebastian Paguni,    220 Vintage Cirlce STE B305,    Naples, FL 34119-4778
130             Sheriff Guindi,    730 South Atlantic Avenue,    Ormond Beach, FL 32176-7891
131             Sherry Ambramson,    1455 Ocean Drive #1510,    Miami Beach, FL 33139-4141
133             Sofia Joelsson,    1451 Ocean Drive STE 204,    Miami Beach, FL 33139-4132
134             Sol Kumin,    c/o Thomas Butler, Esq.,    407 Lincoln Rd.,    Suite 4C,    Miami Beach, FL 33139-3008
176            +Stacey Wein, Esq.,    1000 E. Island Blvd.,    Apt. 405,    Aventura, FL 33160-5607
135             Stephanie Gold,    182 Bal Bay Drive,    Bal Harbour, FL 33154-1311
239            +Steve Mittenhal,    763 Arthur Godfrey Rd #4,    Miami Beach FL 33140-3448
136             Steve Savor,    600 Isle of Palms,    Ft. Lauderdale, FL 33301-2510
248            +Stryker Electrical Contracting Inc.,    4241 SW HIGH MEADOW AVE.,    PALM CITY, FL 34990-3726
137             The Reyes Law Firm, P.A.,    One Columbus Center,    1 Alhambra Plaza, Suite 1130,
                  Miami, FL 33134-5266
```

```
District/off: 113c-c          User: 119              Page 4 of 5              Date Rcvd: Sep 26, 2013
                              Form ID: Casa          Total Noticed: 209


138           Thilo Zimmermann,    32 Untere Burghalde 71229 Leonberg Germa,
               32 Untere Burghalde 71229 Leonberg Germa
139           Thomas E. McGlynn,    c.o Thomas J. Butler, Esq.,    407 Lincoln Road, Suite 4C,
               Miami Beach, FL 33139-3008
140           Thomas Ireland,    12000 Biscayne Blvd. STE 810,    Miami, Fl. 33181, FL 33181-2727
141           Thomas Jermoluk,    1374 A South Venician Way,    Miami Beach, FL 33139-1146
142           Thomas Johnson,    520 Lunalilo Home Road #104,    Honalulu, hi 96825-1708
143           Thomas Johnson,    c/o Thomas Butler, Esq.,    407 Lincoln Rd.,    Suite 4C,
               Miami Beach, FL 33139-3008
144           Thomas Lewis,    750 NE 7 Avenue,    Dania Beach, FL 33004-2502
145           Thomas McGlynn,    13824 Mount Hill Court,    Midlothian, va 23113-3918
146           Thomas Murphy,    5959 Blue Lagoon Drive Suite# 200,    Miami, FL 33126-2052
147           Thomas Trevisani,    P.O. Box 1628,    Winter Park, FL 32790-1628
148           Tiffany Price,    2828 Peachtree Road #2403,    Atlanta, ga 30305-5118
149           Tim P. Jones,    144 Beverly Road NE,    Atlanta, ga 30309-2656
150           Timothy Harrington,    3200 John Conley Drive,    Lapeer, mi 48446-2987
151           Tom Wilson,    25760 Lake Road,    Village, OH 44140-2558
244          +Trane US Inc.,    c.o. CT CORPORATION SYSTEM - regsitered agent,    1200 S. PINE ISLAND ROAD,
               PLANTATION, FL 33324-4413
177           U.S. Department of Justice,    Attn: Eric Holder,    950 Pennsylvania Avenue NW,
               Washington, DC 20530-0001
227           U.S. Department of Justice,    950 Pennsylvania Avenue, NW,    Washington, DC 20530-0001
172          +U.S. Food Service, Inc.,    Attn: Mary-Marjorie Earnest, Esq.,    103 NE 4th Street,
               Fort Lauderdale, FL 33301,    Miami, FL 33132
231          +U.S. Food Service, Inc.,    Attn: Mary-Marjorie Earnest, Esq.,    103 NE 4th Street,
               Fort Lauderdale, FL 33301-3239
230          +US Foods, Inc.,    c/o CT Corporation System,    as Registered Agent,    1200 South Pine Island Road,
               Plantation, FL 33324-4459
183          +United States Attorney,    Southern District of Florida,    Attn: Civil Process Clerk,
               99 NE 4th Street,    Miami, FL 33132-2131
229          +United States of America,    Internal Revenue Service,    Richard Goldman,
               as Branch Chief & Authorized Agent,    1111 Constitution Ave NW,    Washington, DC 20224-0001
4             VM South Beach LLC,    c/o David M Wells,    One Enterprise Center,    225 Water Street #1750,
               Jacksonville, FL 32202-5137
152           VM South Beach, LLC,    c/o Mark Bloom, Esq.,    Greenberg Traurig,    333 S.E. 2nd Ave.,
               Miami, FL 33131-3238
153           Vinod Gupta,    P.O. Box 27395,    Omaha, NE 68127-0395
233          +WESTLB, AG,    Attn: Michael P. Sassos,    1211 Avenue of the Americas,    New York, NY 10036-8701
154           Wayland Hicks,    60 Edgewater Drive Unit TSK,    Coral Gables,, FL 33133-6977
155           Wayland Hicks,    c/o Thomas Butler, Esq.,    407 Lincoln Rd.,    Suite 4C,
               Miami Beach, FL 33139-3008
156           Wholesale Carrier Services, Inc,    5471 N. University Drive,    Coral Springs, FL 33067-4634
157           William Lynch,    535 Boylston Street Suite# 1104,    Boston, ma 02116-3768
245          +ZOM Ocean Drive Ltd,    2001 SUMMIT PARK DRIVE, SUITE 300,    ORLANDO, FL 32810-5945
234           Zehn LLC,,    Citibank NA as Collateral assignee,    Zehn LLC & Its Manager Zehn LLC (#1,
               4747 Executive Dr., Ste 510,    San Diego, CA 92121-3100
158           Zehn LLC, Citibank NA as Collateral assignee,    Zehn LLC & Its Manager Zehn LLC (#1,
               4747 Executive Dr. Suite 510,    San Diego, CA 92121-3100

Notice by electronic transmission was sent to the following persons/entities by the Noticing Center.
NONE.                                                                                         TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
180           116 Ocean Drive, LLC,    Attn: Michelle Cholodofsky,    5061 Biscayne Blvd.
159           Alexandra Albu
68            Jean Henri Lhuillier,    118 Mango Drive Ayala Alabang Village,
               118 Mango Drive Ayala Alabang Village Mu
163           Joseph Bonifacio
164           Lamar Fisher,    2112 E Atlantic Blvd,    Pompano Beach Blvd
167           Michael C Mazzarino,    SCA Group LLC
165           Michael Mazzarino,    c/o SCA Group LLC
166           Michael Pospisil
168           Monique Alfonso
169           Ranko Salvujevic
124           Roland Schiele,    1 In den Schankg rten St. Ingbert 66386,
               1 In den Schankg rten St. Ingbert 66386
132           Silio Aparicio,    27 Netherhall Gardens #1 London  NW,    27 Netherhall Gardens #1 London  NW
8*            1116 Ocean Drive, LLC,    c/o Hall Lamb and Hall, P.A.,    Penthouse One,    2665 S. Bayshore Drive,
               Miami, FL 33133-5448
187*          Alexandra Albu,    c/o Lawrence McGuinness, Esq.,    1627 S.W. 37th Ave.,    Suite 100,
               Miami, FL 33145-1773
188*          Alfred Chouinard,    c/o Thomas Butler, Esq.,    407 Lincoln Rd., Suite 4C,
               Miami Beach, FL 33139-3008
189*         +Anthony Bova,    110 Washington Avenue,    #Apt. 1402,    Miami Beach, FL 33139-7223
194*          Barry Sendach,    c/o Thomas Butler, Esq.,    407 Lincoln Rd., Suite 4C,
               Miami Beach, FL 33139-3008
195*          Carlton Fields,    100 S.E. 2nd Street,    Suite 4200,    Miami, FL 33131-2113
197*         +City of Miami Beach,    Attn: Jose Smith, City Attorney,    1700 Convention Center Drive,
               Miami Beach, FL 33139-1824
200*         +Douglas D. Stratton, Esq.,    407 Lincoln Road,    Suite 2A,    Miami Beach, FL 33139-3018
```

```
District/off: 113c-c          User: 119              Page 5 of 5            Date Rcvd: Sep 26, 2013
                              Form ID: Casa          Total Noticed: 209
```

```
             ***** BYPASSED RECIPIENTS (continued) *****
201*         Elizabeth Kumin,   c/o Thomas Butler, Esq.,   407 Lincoln Rd., Suite 4C,
              Miami Beach, FL 33139-3008
203*         Gina Johnson,   c/o Thomas Butler, Esq.,   407 Lincoln Rd., Suite 4C,
              Miami Beach, FL 33139-3008
55*          Herbert Stettin, Chapter 11 Trustee,   c/o Charles H. Lichtman, Esq.,   Berger Singerman,
              350 East Las Olas Blvd.,   Fort Lauderdale, FL 33301-4211
204*         Internal Revenue Service,   P.O. Box 7346,   Philadelphia, PA 19101-7346
205*         Ivan Kaufman,   c/o Thomas Butler, Esq.,   407 Lincoln Rd., Suite 4C,
              Miami Beach, FL 33139-3008
206*         James Harrold,   c/o Thomas Butler, Esq.,   407 Lincoln Rd., Suite 4C,
              Miami Beach, FL 33139-3008
207*         Jerri Sendach,   c/o Thomas Butler, Esq.,   407 Lincoln Rd., Suite 4C,
              Miami Beach, FL 33139-3008
208*         Joe M. Grant, Esq.,   Marshall Socarras Grant, P.L.,   197 S. Federal Hwy #300,
              Boca Raton, FL 33432-4946
209*         Joseph Bonifacio,   c/o Lawrence McGuinness, Esq.,   1627 S.W. 37th Avenue,   Suite 100,
              Miami, FL 33145-1773
214*        +Miami Dade County Tax Collector,   140 West Flagler Street,   1st Floor,   Miami, FL 33130-1519
218*         Monique Alfonso,   c/o Lawrence McGuinness, Esq.,   1627 S.W. 37th Avenue,   Suite 100,
              Miami, FL 33145-1773
219*         Office of the US Trustee,   51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
220*        +Premiere Protective Services, Inc.,   Attn: Archibaldo Arosemena,   as Registered Agent,
              13780 SW 56th Street, Suite 200,   Miami, FL 33175-6062
221*        +Property Tax Consultants Ltd,   Attn: Neil Rubin,   1130 Washington Avenue, 4th Floor,
              Miami Beach, FL 33139-4600
222*         Property Tax Consultants, Ltd.,   c/o Evan J. Langbein, Esq.,   Langbein & Langbein, P.A.,
              8181 N.W. 154th Street, Suite 105,   Hialeah, FL 33016-5861
223*        +Ralph S. Marcadis, Esq.,   5104 S. Westshore Blvd.,   Tampa, FL 33611-5650
225*        +Stacey Wein, Esq.,   1000 E. Island Blvd.,   Apt. 405,   Aventura, FL 33160-5607
228*         U.S. Department of Justice,   Attn: Eric Holder,   950 Pennsylvania Avenue NW,
              Washington, DC 20530-0001
226*        +United States Attorney,   Southern District of Florida,   Attn: Civil Process Clerk,
              99 NE 4th Street,   Miami, FL 33132-2131
232*         Wayland Hicks,   c/o Thomas Butler, Esq.,   407 Lincoln Rd., Suite 4C,
              Miami Beach, FL 33139-3008
                                                                                              TOTALS: 12, * 28
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

The following parties were served by the transmission of notices of electronic filing.
  nbangos@diazreus.com
  bloomm@gtlaw.com
  doddj@gtlaw.com
  medelboim@bastamron.com
  jgrant@msglaw.com
  lgross@gunster.com
  grossmansm@gtlaw.com
  hleonard@carltonfields.com
  imarcushamer@bergersingerman.com
  emarod@gunster.com
  USTPRegion21.MM.ECF@usdoj.gov
  salazar@salazarjackson.com
  fscruggs@bergersingerman.com
  singerman@bergersingerman.com
  cao.bkc@miamidade.gov

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the document specified in the Form ID field of this Certificate of Service to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Date: Sep 27, 2013**                    **Signature:**    *Joseph Speetjens*