## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA

In re:

CASA CASUARINA LLC,                                  Case No. 13-25645-LMI

                                                     Chapter 11

    Debtor.

_____/


SUMMARY OF FIRST AND FINAL APPLICATION OF SCA GROUP, LLC FOR ALLOWANCE
OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED FOR JULY 1, 2013 THROUGH OCTOBER 29, 2013

| | |
|---|---|
| 1. Name of Applicant | SCA Group, LLC |
| 2. Role of Applicant | Manager to the Debtor in Possession |
| 3. Name of Certifying Professional | Michael Mazzarino |
| 4. Date Case Filed | 7/1/2013 |
| 5. Date of Application for Employment | ECF No |
| 6. Effective Date of Order Approving Employment | ECF No |
| 7. Date of Disclosure of Compensation | ECF No |
| 8. Date of this Application | 12/12/13 |
| 9. Dates of Services Covered by this Period | 7/1/2013    through    10/29/2013 |
| **Fees** | |
| 10. Total Fee Requested for this Period | $          74,000 |
| 11. Balance Remaining in Fee Retainer Account, Not Yet Ordered to be Paid | |
| 12. Fees Paid or Advanced During this Period by Other Sources | $          - |
| 13. **Net Amount of Fee Requested for this Period** | $ |
| **Expenses** | |
| 14. Total Expense Reimbursement Requested for this Period | $          - |
| 15. Balance Remaining in Expense Retainer Account, Not Yet Ordered to be Paid | $          - |
| 16. Expenses Paid or Advanced for this Period by Other Sources | $          - |

| | | |
|---|---|---|
| 18. Net Amount of Expense Reimbursement Requested for this Period | $ | - |
| 19. Gross Award Requested (#10 + #14) | $ | |
| 20. Net Award Requested (#13 + #18) | $ | 74,000 |
| 21. If Final Fee Application, Amounts Allowed in Interim Applications but Held Back | $ | - |
| 22. If Final Fee Application, Final Fee and Expense Award Requested (#20 + #21) | $ | - |

1. Dates, sources and amounts of retainers received

| Dates | Source | Amount | For Fees or Costs |
|-------|--------|--------|-------------------|
|       |        |        |                   |

2. Dates, sources and amounts of other third party payments received

| Dates | Source | Amount | For Fees or Costs |
|-------|--------|--------|-------------------|
| None  |        |        |                   |

3. Prior Interim Fee and Expense Awards

|  | First | Second | Third | Fourth | Fifth | Sixth | Total |
|---|-------|--------|-------|--------|-------|-------|-------|
| Beginning Date | | | | | | | |
| Ending Date | | | | | | | |
| Fees Requested | | | | | | | $ - |
| Fees Awarded | | | | | | | $ - |
| Percentage Awarded | 0% | | | | | | |
| Fees "Held Back" | $ - | | | | | | $ - |
| Amount of Fee Retainer Authorized Transfer | | | | | | | $ - |
| Expenses Requested | $ - | | | | | | $ - |
| Expenses Awarded | | | | | | | $ - |
| Percentage Awarded | 0% | | | | | | |
| Expenses "Held Back" | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**www.flsb.uscourts.gov**

In re:

Casa Casuarina, LLC,                         Case No. 13-25645-LMI

                                             Chapter 11

      Debtor.
_____/

**FIRST AND FINAL APPLICATION OF SCA GROUP, LLC**
**FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**JULY 1, 2013, THROUGH OCTOBER 29, 2013**

SCA Group, LLC ("SCA"), manager for the above-captioned debtor and debtor in possession (the "Debtor"), hereby makes its first application for final allowance of compensation for professional services rendered in the amount of $74,000.00 for the period of July 1, 2013, through October 29, 2013 (the "First Compensation Period"). This Application is filed pursuant to 11 U.S.C. § 330 and Bankruptcy Rule 2016. It meets all of the requirements set forth in the Guidelines incorporated in Local Rule 2016-1(B)(1) and the Order granting the application to employ SCA Group, LLC as Debtor's Manager to the Petition Date. [ECF No. 58]. The exhibits attached to this Application, pursuant to the Guidelines, are:

      Exhibits "1" and "2"– Summary of Professional Time.

      Exhibit "3" – Summary of Requested Reimbursements of Expenses.

      Exhibit "4" – SCA's complete time records, in chronological order, by activity code category, for the time period covered by this Application. The requested fees are itemized to the hundredth of an hour.

## I.    <u>Background</u>

1.      Prior to its sale, the Debtor's sole asset was the ownership of valuable property in Miami Beach, formerly known as the Versace Mansion (the "Property").

2.      On July 1, 2013 (the "Petition Date"), the Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code.

3.      Pursuant to the Court's Amended Order Authorizing the Debtor to Schedule an Auction Sale and the attachments thereto [ECF No. 60] (the "Sale Procedures Order"), the Property was sold at an auction (the "Auction") conducted on September 17, 2013, and a final sale hearing was held on September 18, 2013. On September 25, 2013, the Court entered an order approving the sale. [ECF No. 111]

4.      On October 10, 2013, the sale of the Property closed, netting proceeds which will be used to fund a plan of reorganization (the "Plan").

5.      No statutory committee, trustee or examiner has been appointed in the chapter 11 case.

6.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 1334 and 157. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  The venue of the Debtor's chapter 11 case and this Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409 and Local Bankruptcy Rules.

A.    <u>Retention of SCA</u>

7.      After the filing of the bankruptcy petition, in order to resolve various Motions seeking the appointment of a chapter 11 trustee, the Debtor sought to, and with the Court approval did, retain Michael Mazzarino of SCA to serve as its manager.

B.    <u>Fees and Expenses Incurred and Payments Made</u>

8.      The Debtor has not paid any retainer, or its equivalent to SCA.

**II.      Summary of Compensation Sought and Reimbursement of Expenses Requested**

A.      Services Rendered by SCA

9.      Pursuant to the Guidelines, the following is a brief statement for each major activity code category used by SCA during the First Compensation Period, noting the total hours and fees charged for that category during the First Compensation Period and the benefit to the Debtor's estate resulting from such services:

     i.      Sale of the Property – 71.05 Hours; $28,420 Fees.

10.      During the First Compensation Period, SCA devoted a substantial amount of time to working with the Debtor to plan and ensure the successful sale of the Property. Prior to and during the auction sale of the property, the SCA negotiated with prospective purchasers as to the terms of the sale. SCA interfaced with media outlets and interested parties to market and sell the Property, as well as coordinated with the Debtor's auctioneer, cooperating broker, and attorneys. Additionally, SCA spearheaded a great range of necessary actions to accomplish the sale.

     ii.      Professional Retention and Fee Requests – 4.0 Hours; $1,600.00 Fees.

11.      SCA spent time preparing, negotiating the terms of, and obtaining Court approval of its retention as manager.

     iii.      Claims Administration – 6.93 Hours; $2,773.33 Fees.

12.      SCA negotiated directly with a number of secured creditors to ensure the timely resolution of their claims prior to the closing of the sale, including, but not limited to the RRA Estate, VM South Beach, LLC and the wage claimants.

   iv. <u>Hearings – 1.95 Hours; $780.00 Fees.</u>

  13. SCA attended a number of hearings throughout the First Compensation Period, both to ensure the progress of the case and to testify, where appropriate.

   v. <u>341 Meeting – 3.0 Hours; $1,200.00 Fees.</u>

  14. During the First Compensation Period, SCA prepared for and attended the § 341 Meeting of Creditors as the Debtor's representative.

   vi. <u>Business Operations – 111.43 Hours; $44,573.33 Fees.</u>

  15. During the First Compensation Period, SCA spent significant time managing and overseeing the remaining operations of the Debtor's business. These activities consisted of accomplishing all the day-to-day tasks of both a debtor-in-possession, and those germane to the ownership of an extremely valuable and high-profile real estate asset. These included, but were not limited to, securing adequate insurance for the Property, coordinating with and accomplishing necessary maintenance and repairs to comply with applicable code and regulations, dealing with security personnel, as well as the security officer living at the Property, and coordinating for necessary inspections, etc. as required both by the Bankruptcy Code and relevant loan documents.

  **III.** **<u>The Johnson v. Georgia Highway Express, Inc. Factors</u>**

  16. SCA believes that the requested fees - $74,000.00 for 198.37 hours worked - is reasonable and appropriate considering the twelve factors enumerated in *Johnson v. Georgia Highway Express, Inc.* 488 F.2d 714 (5th Cir. 1974), made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977), as follows:

  A. <u>Time and Labor Required.</u> This case has required substantial amounts of time by SCA. With possibly hundreds of stakeholders, and the challenges in the market pertaining to

real estate assets, as well as the demands placed upon the Debtor through such a high-profile sale, SCA has had significant demands placed on its time.

B.    Novelty and Difficulty of the Services Rendered.    In the Debtor's case, seemingly routine issues raised unexpected complexities or complications.

C.    Skill Requisite to Perform the Services Properly.    The fact that the Debtor has sold its assets, and is now poised to pay its creditors through a Plan and reorganize is due, in part, to SCA's inspiration of the creditor body's confidence in the Debtor, and by extension, SCA. Further, SCA professional, Michael Mazzarino, has had to call upon his range of restructuring experience to guide the Debtor through the demands of the parties in this case.

D.    Preclusion of Other Employment by the Professional Due to the Acceptance of the Case.    As the attached exhibits reflect, Mazzarino was required to devote his time to this case on a regular basis for significant stretches of time.  He was, as a result, precluded from working on other matters.

E.    Customary Fee.    SCA's fees are customary and consistent with those charged in similar chapter 11 bankruptcy cases by Chief Restructuring Officers and with those charged by SCA to its other clients.

F.    Whether the Fee Is Fixed or Contingent.    SCA's fees are fixed and are billed at hourly rates previously disclosed to and approved by the Bankruptcy Court in the Order on the Retention Application.

G.    Time Limitations Imposed by the Client or Other Circumstances.    The Debtor has faced several time limitations, which limitations have impacted SCA's efforts.

H.    Experience, Reputation, and Ability of the Professional.    SCA has significant experience acting as fiduciaries and officers in chapter 11 cases such as this.

I. <u>Undesirability of the Case.</u> There are no aspects to this case that make it undesirable such that SCA did not want to accept the representation.

J. <u>Nature and Length of the Professional Relationship of the Client.</u> SCA has worked with the Debtor since July 2013, and has a strong working knowledge of the Debtor and its holdings.

K. <u>Awards in Similar Cases.</u> SCA respectfully submits that the fees and expenses requested in this Application are comparable to those requested and approved of in chapter 11 cases similar to this one.

## IV. Case Status

17. The Debtor has sold the Property and the Debtor's counsel holds funds in its trust account of approximately $5.5 Million. The Debtor's next step is to administer the claims, file a plan of reorganization, and distribute the funds.  To the best of SCA's knowledge, the Debtor is in compliance with all United States Trustee reporting requirements and all United States Trustee fees have been paid.

## V. Conclusion

18. For all of the foregoing reasons, SCA believes that the fees requested in this Application are reasonable and reflect the value of the services provided to the Debtor's estate. In accordance with the Guidelines, Michael Mazzarino has certified that SCA's billing practices for the Debtor and this Application conform with the Guidelines.  Such certification is attached to this Application. Additionally, SCA has reduced its request from $79,346.67 at $74,000.00.

WHEREFORE, SCA respectfully requests that the Court enter an order (a) granting SCA a final allowance of compensation in the amount of $74,000.00 for services rendered to the Debtor in connection with the Debtor's chapter 11 case during the First Compensation Period;

(b) awarding SCA 80% of such amount on an interim basis and (c) granting such other and further relief as the Court may deem proper.

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Attorneys for the Debtor in Possession
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.361.1000
Facsimile No. 561.672.7581
Email: jgrant@msglaw.com


By:   /s/ Joe M. Grant_____
        JOE M. GRANT
        Florida Bar No. 137758

## CERTIFICATION

1.      I have been designated by SCA Group, LLC (the "Applicant") as the professional with responsibility in these cases for compliance with the "Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases" (the "Guidelines")

2.      I have read the Applicant's First Application (the "Application"). To the best of my knowledge, information and belief, and after reasonable inquiry, the Application complies with the Guidelines, and fees and expenses sought fall within the Guidelines except as specifically noted in this Certification and described in the Application.

3.      The fees and expenses sought are billed at the rates and in accordance with practices customarily employed by the Applicant and generally accepted by the Applicant's clients.

4.      In seeking reimbursement for the expenditures described on Exhibit 3, the Applicant is seeking reimbursement only for the actual expenditure and has not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay (except to the extent that the Applicant has elected to charge for in-house photocopies and outgoing facsimile transmissions at the maximum rates permitted by the Guidelines).

5.      In seeking reimbursement for any service provided by a third party, the Applicant is seeking reimbursement only for the amount actually paid by the Applicant to the third party.

_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that today, a true and copy of this Application, with all exhibits, was mailed to the Debtor and the U.S. Trustee.

Respectfully submitted,

**SCA GROUP, LLC**

By:   /s/ Michael Mazzarino
            MICHAEL MAZZARINO
            Manager, Casa Casuarina, LLC

Summary of Professional and
Paraprofessional Time
Total per Individual

(EXHIBIT "1")

| Name | Position | Year Licensed | Average Hourly Rate | Hours | Fees |
|---|---|---|---|---|---|
| Michael Mazzarino | Manager | | $ 400.00 | 198.37 | $ 79,346.67 |
| TOTAL | | | $ 400.00 | 198.37 | $ 79,346.67 |

Summary of Professional and
Paraprofessional Time
Total per Individual

(EXHIBIT "1")

| Name | Position | Year Licensed | Average Hourly Rate | | Hours | Fees | |
|---|---|---|---|---|---|---|---|
| Michael Mazzarino | Manager | | $ | 400.00 | 198.37 | $ | 79,346.67 |
| TOTAL | | | $ | 400.00 | 198.37 | $ | 79,346.67 |

Summary of Professional and
Paraprofessional Time
Total per Individual by Category

(EXHIBIT "2")

### Sale

| Name | Position | Year Licensed | Average Hourly Rate | Hours | Fees |
|------|----------|---------------|---------------------|-------|------|
| Michael Mazzarino | Manager | | $ 400.00 | 71.05 | $ 28,420.00 |

### Retention / Compensation of Professionals

| Name | Position | Year Licensed | Average Hourly Rate | Hours | Fees |
|------|----------|---------------|---------------------|-------|------|
| Michael Mazzarino | Manager | | $ 400.00 | 4.00 | $ 1,600.00 |

### Claims Administration

| Name | Position | Year Licensed | Average Hourly Rate | Hours | Fees |
|------|----------|---------------|---------------------|-------|------|
| Michael Mazzarino | Manager | | $ 400.00 | 6.93 | $ 2,773.33 |

### Hearings

| Name | Position | Year Licensed | Average Hourly Rate | Hours | Fees |
|------|----------|---------------|---------------------|-------|------|
| Michael Mazzarino | Manager | | $ 400.00 | 1.95 | $ 780.00 |

### 341 Meeting

| Name | Position | Year Licensed | Average Hourly Rate | Hours | Fees |
|------|----------|---------------|---------------------|-------|------|
| Michael Mazzarino | Manager | | $ 400.00 | 3.00 | $ 1,200.00 |

### Business Operations

| Name | Position | Year Licensed | Average Hourly Rate | Hours | Fees |
|------|----------|---------------|---------------------|-------|------|
| Michael Mazzarino | Manager | | $ 400.00 | 111.43 | $ 44,573.33 |

Summary of Requested Reimbursement of Expenses

(EXHIBIT "3")

| | | |
|---|---|---|
| 1 | Filing Fees | $0.00 |
| 2 | Process Service Fees | $0.00 |
| 3 | Witness Fees | $0.00 |
| 4 | Court Report Fees and Transcripts | $0.00 |
| 5 | Lien and Title Searches | $0.00 |
| 6 | Photocopies | $0.00 |
| | 11208 at $.14/page) | |
| 7 | Postage | $0.00 |
| 8 | Overnight Delivery Charges | $0.00 |
| 9 | Outside Courier/Messenger Charges | $0.00 |
| 10 | Long Distance Telephone Charges | $0.00 |
| 11 | Long Distance Fax Transmissions | $0.00 |
| 12 | Computerized Research | $0.00 |
| 13 | Out-of-Southern-District-of-Florida Travel | $0.00 |
| 14 | CourtCall | |

**Total Expense Reimbursement Requested** **$0.00**

## EXHIBIT 4 - Time Sheet
### SCA Group, LLC
July-13

**Debtor:** Casa Casuarina, LLC
**Case #:** 13-25645-BKC-LMI
**Name:** Michael C. Mazzarino
**Rate/hour:** $400

| Date | Service | Time | | Total | | Total |
|------|---------|------|---|-------|---|-------|
| | | Start | Stop | Time | | Fee |
| 7/11/13 | Travel Weston, Fl- Boca raton, Fl | 10:15 AM | 11:00 AM | 0:45 | Business | 300.00 |
| | Meeting with Joe Grant, atty for debtor, to review case | 11:00 AM | 12:00 PM | 1:00 | Business | 400.00 |
| | Meeting w/ A. Steinberg, atty for P. Loftin | 11:30 AM | 12:45 PM | 1:15 | Business | 500.00 |
| | Travel Boca raton- Weston | 12:45 PM | 1:30 PM | 0:45 | Business | 300.00 |
| 7/12/13 | Review emails- P Singerman, L Fisher, R Sutherland (potential buyer), Joe Grant | 9:45 AM | 10:00 AM | 0:15 | Business | 100.00 |
| | Review draft of Revised Sales Procedure order | 5:30 PM | 7:00 PM | 1:30 | Sale | 600.00 |
| 7/16/13 | Travel Weston, Fl- Miami, Fl | 11:00 AM | 12:00 PM | 1:00 | Sale | 400.00 |
| | Meet with J Grant, A Marshall, J Welt, L Fisher, F Santos | 12:00 PM | 1:00 PM | 1:00 | Sale | 400.00 |
| | Attend court for retention hearings and Sales Procedure Order, misc matters | 1:00 PM | 2:00 PM | 1:00 | Fee | 400.00 |
| | Travel Miami- Miami Beach to Versace Mansion | 2:00 PM | 2:30 PM | 0:30 | Business | 200.00 |
| | Tour of Versace mansion | 2:30 PM | 4:00 PM | 1:30 | Business | 600.00 |
| | Travel Miami Beach- Weston, Fl | 4:00 PM | 5:00 PM | 1:00 | Business | 400.00 |
| 7/17/13 | Travel Weston, Fl- Boca raton, Fl | 9:00 AM | 9:45 AM | 0:45 | Business | 300.00 |
| | US Trustee conference call meeting at office of Joe Grant, Boca raton, Fl | 10:00 AM | 10:30 AM | 0:30 | Business | 200.00 |
| | Review Agreement of SCA and Debtor | 10:30 AM | 12:30 PM | 2:00 | Fee | 800.00 |
| | Travel Boca Raton, Fl- N Miami Beach, Fl | 12:30 PM | 1:30 PM | 1:00 | Business | 400.00 |
| | Meeting with P Loftin, N Miami beach, Fl | 1:30 PM | 3:30 PM | 2:00 | Business | 800.00 |
| | Travel N Miami Beach, Fl- Weston, Fl | 3:30 PM | 4:30 PM | 1:00 | Business | 400.00 |
| | Read/write various emails from/to The Jills, J Welt, J Grant, F Santos | 9:00 PM | 9:30 PM | 0:30 | Business | 200.00 |
| 7/18/13 | Review Retention Orders for comment | 11:00 AM | 12:00 PM | 1:00 | Fee | 400.00 |
| | Phone conversation with P Loftin Re: Comacho status | 7:57 PM | 8:04 PM | 0:07 | Business | 46.67 |
| 7/19/13 | Phone conversation w/ J Bennett re: insurance | 5:30 PM | 5:50 PM | 0:20 | Business | 133.33 |
| 7/20/13 | Read and respond to various emails re: insurance, marketing budget, Comacho | 12:10 PM | 12:45 PM | 0:35 | Business | 233.33 |
| 7/22/13 | Various emails and phone conversations: Joe Grant, Midge Navarro | 4:00 PM | 4:30 PM | 0:30 | Business | 200.00 |
| 7/23/13 | Attend media day at the property: interview with The Real Deal. Review certain maintenance | 9:00 AM | 4:00 PM | 7:00 | Sale | 2,800.00 |
| | maintenance issues (i.e. roof leak in Madonna Suite, weekly clean up) | | | 0:00 | | 0.00 |
| 7/24/13 | Phone conversation with Jon Bennett (VM), Joe Grant, emails with Joe Grant, Jon Bennett | | | 0:00 | | 0.00 |
| | Francic Santos (Fisher), Matt Turetsky (VM insurance broker); conversation with Chuck | | | 0:00 | | 0.00 |
| | (Maintenance man); Review Insurance Certificates issued by VM broker | | | 0:00 | | 0.00 |
| | Phone conversation with Amy, Peter Loftin's ass't re maintenance | 11:00 AM | 3:00 PM | 4:00 | Business | 1,600.00 |
| 7/25/13 | Download and review documents to open DIP account; go to Wells fargo and open | | | 0:00 | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | DIP account: phone calls with Matt Turetsky, insurance broker, Joe Grant, Amy Ursey | | | 0:00 | | 0.00 |
| | Review emails with Joe Grant, Matt Turetsky, Jon Bennett | 11:00 AM | 3:30 PM | 4:30 | Business | 1,800.00 |
| 7/26/13 | Emails with Francis Santos: conversation with A Zerbach re: insurance review of policies | 11:00 AM | 11:27 AM | 0:27 | Business | 180.00 |
| 7/29/13 | Conversation with Alliant, VM South Beach insurance broker re property & other | | | 0:00 | | 0.00 |
| | insurances; Emails with J Grant, Alliant, Fisher Auction; conversations with Manny Blanco, | | | 0:00 | | 0.00 |
| | property maintenance man re roof repairs and ceiling repairs; | 9:00 AM | 11:00 AM | 2:00 | Business | 800.00 |
| 7/30/13 | Calls with Ace Flood & Inspectors re flood elevation certificate; US Security Associates | | | 0:00 | | 0.00 |
| | re: introduction, exchange of info, permission for visitors; Alliant re flood insurance; Joe | | | 0:00 | | 0.00 |
| | Grant re: various matters insurance, ue of property, maintenace; bank accounts; | | | 0:00 | | 0.00 |
| | Wells Fargo Bank re: new account and proof of closing old acct; Review invoices for | | | 0:00 | | 0.00 |
| | property utilities, maintenance; review and execute NDA's; emails with Joe Grant, Amy | | | 0:00 | | 0.00 |
| | Usery, Francis Santos, Krizia (flood certificate inspectors), Nancy Corey, Andrea Colemeco, | | | 0:00 | | 0.00 |
| | Jake Heathman | 10:00 AM | 5:00 PM | 7:00 | Business | 2,800.00 |
| 7/31/13 | Discussions with Amy Usery and Sgt. Camaco re: security proceedures and his leaving | | | 0:00 | | 0.00 |
| | the property; Discussion with Manny Blanco re: inspecting the Madonna room and report | | | 0:00 | | 0.00 |
| | on the a/c system and future work and money owed; discussion with Richard Coleman, | | | 0:00 | | 0.00 |
| | inspector for the flood insurance elevation certificate; discussion with Krizia, supervisor | | | 0:00 | | 0.00 |
| | for Ace Flood & Inspection; discussion with Joe grant re: bank accounts, insurance, use of | | | 0:00 | | 0.00 |
| | the property by outside parties for income; emails with Joe grant, Peter Loftin, Ace Flood & Inspectio | | | 0:00 | | 0.00 |
| | Santos, Midge Navarro, Jake heathman, Amy Usery | 11:00 AM | 4:00 PM | 5:00 | Business | 2,000.00 |
| Total | | | | 51:44:00 | | 20,693.33 |

# Time Sheet

## SCA Group, LLC

August-13

**Debtor:** Casa Casuarina, LLC
**Case #:** 13-25645-BKC-LMI
**Name:** Michael C. Mazzarino
**Rate/hour:** $400

| Date | Service | Time Start | Stop | Total Time | | Total Fee |
|------|---------|------------|------|------------|--|-----------|
| | Opening: | | | 51:44:00 | | 20,693.33 |
| 8/1/13 | Phone call with Bruce Anderson inspector for primary layer of property insurance; | | | 0:00 | | 0.00 |
| | phone call with Joe Grant re: insurance motion set for 8/7; phone call with Deepa Cook re: | | | 0:00 | | 0.00 |
| | insurance inspector and liability policy; phone conversation with Scott Grossman re: | | | 0:00 | | 0.00 |
| | security costs and fee; emails with US Security Associates for clearance, Any usery re: | | | 0:00 | | 0.00 |
| | security invoices; Peter Loftin re: a/c; texts with Camacho re: security access and a/c; | | | 0:00 | | 0.00 |
| | Midge navvaro re: ad approvals | 11:00 AM | 3:00 PM | 4:00 | Business | 1,600.00 |
| 8/2/13 | On site at property to accompany property insurance inspector and review certain | 10:05 AM | 4:11 PM | 6:06 | Business | 2,440.00 |
| | maintenance items;introduce myself to security staff; | | | 0:00 | | 0.00 |
| | | | | 0:00 | | 0.00 |
| 8/5/13 | Phone w/ Joe Grant re: procedures to properly disseminate info to all constituents in the | | | 0:00 | | 0.00 |
| | case: 341 on August 9th; insurance; carve out; | 9:00 AM | 9:29 AM | 0:29 | Business | 193.33 |
| | Review costs associated with maintenance on the property | 10:15 AM | 11:00 AM | 0:45 | Business | 300.00 |
| 8/6/13 | Phone conversations with Chuck (property maintenance) re: power washing, pool, | | | 0:00 | | 0.00 |
| | payment of invoices | 9:27 AM | 9:44 AM | 0:17 | Business | 113.33 |
| | emails with Joe Grant, Jason Welt, Francic Santos | 9:45 AM | 10:00 AM | 0:15 | Business | 100.00 |
| | Review Manny Blanco's invoices and reconciliation of outstanding balances due | | | 0:00 | | 0.00 |
| | Phone conversations with Deepa Cook and Matt Turetsky re: insurance coverage at | | | 0:00 | | 0.00 |
| | property; | 11:00 AM | 12:00 PM | 1:00 | Sale | 400.00 |
| | Emails with Joe Grant and sales team | 8:00 PM | 8:24 PM | 0:24 | Sale | 160.00 |
| 8/7/13 | Received email and reviewed flood insurance acord and marketing effort of Alliant | | | 0:00 | | 0.00 |
| | brokerage; | 10:29 AM | 10:41 AM | 0:12 | Business | 80.00 |
| | Review prior two status reports to modify, if necessary, and add additional info | 12:03 PM | 12:27 PM | 0:24 | Business | 160.00 |
| | Court hearing to determine insurance limits/premiums | 2:03 PM | 4:00 PM | 1:57 | Hearings | 780.00 |
| | Inspect property with maintenance man to dtermine repairs | 4:00 PM | 7:47 PM | 3:47 | Business | 1,513.33 |
| | Send and review emails from Alliant, Joe Grant | 8:30 PM | 8:45 PM | 0:15 | Business | 100.00 |
| 8/8/13 | Review security contract for U.S. Security Associates and approve invoices for VM | | | 0:00 | | 0.00 |
| | payment; send invoices to Greenberg Traurig | 8:55 AM | 9:11 AM | 0:16 | Business | 106.67 |
| | Phone conversation with Chuck Ramirez re: property maintenance; phone conversation | | | 0:00 | | 0.00 |
| | with Peter Loftin re: 341 hearing, Sgt. Comacho, fire service company; phone | | | 0:00 | | 0.00 |
| | conversation with Manny Blanco re: fire alarm going off and finding a service firm; | 11:07 AM | 12:05 PM | 0:58 | Business | 386.67 |
| | Conference call with Casa team re: status report | 4:00 PM | 5:09 PM | 1:09 | Sale | 460.00 |

| Date | Description | Start | End | Time | Category | Amount |
|---|---|---|---|---|---|---|
| | Phone call with Sgt Comacho re: leaving the property | 5:10 PM | 5:32 PM | 0:22 | Business | 146.67 |
| | Phone conversation with Peter Loftin re: Comacho leaving the property | 6:06 PM | 6:24 PM | 0:18 | Business | 120.00 |
| 8/9/13 | 341 meeting in Miami | 8:45 AM | 11:45 AM | 3:00 | 341Meet | 1,200.00 |
| | Multiple phone calls with Manny Blanco and US Security Associates re: authorized | | | 0:00 | | 0.00 |
| | company on premises to inspect and fix (if necessary) the fire system | 1:10 PM | 1:30 PM | 0:20 | Business | 133.33 |
| | Phone w/ Sgt Comacho re:  fire alarm service call: Phone w/ Fire Alarm Sustems & Security re: auth | | | 0:00 | | 0.00 |
| | work done to restore fire alarm system to working order | 3:34 PM | 4:04 PM | 0:30 | Business | 200.00 |
| | Phone w/ Joe Grant re: fire alarm contract and possible claim against  Barton G | 4:28 PM | 4:34 PM | 0:06 | Business | 40.00 |
| | Phone: Andrea of U.S. Security re: explanation of company on the premises to do alarm | | | 0:00 | | 0.00 |
| | repairs | | | 0:00 | | 0.00 |
| 8/10/13 | Meet Manny Blanco and Chuck Ramirez to review work partially completed on Friday 8/9 | | | 0:00 | | 0.00 |
| | and review in process work in Madanna room ceiling. | 10:30 AM | 3:00 PM | 4:30 | Business | 1,800.00 |
| 8/11/13 | Phone with Manny Blanco re: a/c breakdown and proper repair procedure | 6:43 PM | 6:56 PM | 0:13 | Business | 86.67 |
| | Phine w/ Sgt Camacho re: a/c fix and procedure going forward | 7:28 PM | 7:39 PM | 0:11 | Business | 73.33 |
| 8/12/13 | Phone conversation w/ Manny Blanco re: repairs and billing | 8:12 AM | 8:28 AM | 0:16 | Business | 106.67 |
| | Phone conversation w/ Peter Loftin re: certain maintenance issues; | 9:18 AM | 9:57 AM | 0:39 | Business | 260.00 |
| | Meeting with Alliant Insurance | 3:55 PM | 4:30 PM | 0:35 | Business | 233.33 |
| | Meet Manny Blanco to review work completed in Madonna room; Meet Chuck Ramirez | 12:12 PM | 12:22 PM | 0:10 | Business | 66.67 |
| | to review work done in pool area; meet Seargent Camacho to discuss vacating the | | | 0:00 | Business | 0.00 |
| | premises and other items; | 4:05 PM | 8:50 PM | 4:45 | Business | 1,900.00 |
| 8/13/13 | Review weekly status report | 7:43 AM | 7:53 AM | 0:10 | Business | 66.67 |
| | Phone conversation w/ Jason Weld/Lamar Fisher re: showing tomorrow | 9:33 AM | 9:56 AM | 0:23 | Claims | 153.33 |
| | Phone Conversation w/ Joe Grant re: conf call with Frank Scruggs and claim of RRA | 10:42 AM | 11:42 AM | 1:00 | Claims | 400.00 |
| 8/14/13 | Phone conversation w/ Frank Scruggs re: claim | 8:39 AM | 8:45 AM | 0:06 | Claims | 40.00 |
| | Phone Conversation w/ Joe Grant re: RRA claim | 10:21 AM | 10:27 AM | 0:06 | Claims | 40.00 |
| | Phone conversation w/ Lamar Loftin with update on today's showing | 12:17 PM | 12:25 PM | 0:08 | Sale | 53.33 |
| | Phone conversation w/ Peter Loftin re: status report and weekly call | 3:17 PM | 3:33 PM | 0:16 | Sale | 106.67 |
| | Conf call w/ Frank Scruggs and Joe Grant re: settlemnt agreement | 4:30 PM | 4:45 PM | 0:15 | Claims | 100.00 |
| | Call with Joe Grant re: Settlement agreement/auction | 6:26 PM | 6:33 PM | 0:07 | Claims | 46.67 |
| 8/15/13 | Phone conversations w/ Chuck Ramirez, Lamar Fisher, Joe Grant, Ivonne Amor | 10:16 AM | 10:34 AM | 0:18 | Sale | 120.00 |
| | Call w/ Fox news | 12:31 PM | 12:39 PM | 0:08 | Sale | 53.33 |
| | Weekly status report call | 4:02 PM | 4:44 PM | 0:42 | Sale | 280.00 |
| | Call w/ Francic Santos | 4:48 PM | 5:01 PM | 0:13 | Business | 86.67 |
| 8/16/13 | Attwnd Fox News shoot at property; meet vendors for inspection and paymnt | 9:30 AM | 6:30 PM | 9:00 | Sale | 3,600.00 |
| 8/19/13 | Various calls w/ Joe Grant re: VM claim | 10:00 AM | 11:36 AM | 1:36 | Claims | 640.00 |
| | 2 calls w/ Peter Loftin re: VM claim | 11:22 AM | 11:39 AM | 0:17 | Claims | 113.33 |
| | Conference call re: RRA claim and subordination | 1:30 PM | 1:49 PM | 0:19 | Claims | 126.67 |
| | Various call w/ Mark Bloom re: VM claim | 2:59 PM | 3:37 PM | 0:38 | Claims | 253.33 |
| | Emails and Texts with Manny Blanco and Chuck Ramirez re: maintenance issues | 4:00 PM | 4:10 PM | 0:10 | Business | 66.67 |
| 8/20/13 | Phone conversation w/ Joe Grant re: VM Claim | 8:25 AM | 8:51 AM | 0:26 | Claims | 173.33 |
| | Phone conversation w/ Mark Bloom re? VM Claim | 8:53 AM | 8:56 AM | 0:03 | Claims | 20.00 |
| | Phone conversation w/ Mark Bloom re? VM Claim | 12:31 PM | 12:50 PM | 0:19 | Claims | 126.67 |
| | Phone conversation w/ Joe Grant re/ VM Claim | 12:59 PM | 1:11 PM | 0:12 | Claims | 80.00 |

| | | | | | |
|---|---|---|---|---|---|
| | Request from insurance inspector for GL policy; review with Alliant insurance broker | 1:23 PM | 1:33 PM | 0:10 Business | 66.67 |
| | Phone conversation w/ Mark Bloom re? VM Claim | 2:14 PM | 2:33 PM | 0:19 Claims | 126.67 |
| | Phone conversation w/ Joe Grant re/ VM Claim | 2:33 PM | 2:45 PM | 0:12 Claims | 80.00 |
| | Phone conversation w/ Peter Loftin re/ VM Claim | 3:47 PM | 3:53 PM | 0:06 Claims | 40.00 |
| | Phone conversation w/ Joe Grant and Adam Steinberg re/ VM Claim | 5:01 PM | 5:33 PM | 0:32 Claims | 213.33 |
| 8/21/13 | Phone w/ Francis Santos re: potential buyers; Variuos phone and emails to/from Chuck | | | 0:00 | 0.00 |
| | Ramirez, Jill Eber, Joe Grant, Jason Weld, Nancey Corey, UST, Paul Singerman, Mark Bloom | 11:47 AM | 12:15 PM | 0:28 Business | 186.67 |
| | Reconcile DIP account and provide analysis to Joe Grant for operating report purposes | 12:30 PM | 1:05 PM | 0:35 Business | 233.33 |
| 8/22/13 | emails and phone w/ Joe Grant and Deepa Cook re: property insurance | 3:31 PM | 3:37 PM | 0:06 Business | 40.00 |
| 8/23/13 | Status report call | 10:00 AM | 10:37 AM | 0:37 Sale | 246.67 |
| | Read and review the July 2013 oprating report | 2:04 PM | 2:12 PM | 0:08 Business | 53.33 |
| | Phone w/ Camacho re: cable bill; phone w/ Amy Usery re: cable invoice | 2:27 PM | 3:02 PM | 0:35 Business | 233.33 |
| | Review and analyze cable and electri bills pre and post Bk | 3:20 PM | 3:40 PM | 0:20 Business | 133.33 |
| | City of Miami finance Dept re: water/sewer/storm/garbage | 4:37 PM | 4:50 PM | 0:13 Business | 86.67 |
| | FPL re: deposit request and past due invoices | 4:51 PM | 5:03 PM | 0:12 Business | 80.00 |
| | Vaious messages/emails/calls with Amy Usrey/Joe Grant/Peter Loftin | 5:04 PM | 5:10 PM | 0:06 Business | 40.00 |
| 8/26/13 | Phone conversations with Atlantic Cable re: Camacho cable bill | 10:12 AM | 10:29 AM | 0:17 Business | 113.33 |
| | Phone conversations with Peter Loftin re: Camacho cable bill | 10:30 AM | 10:38 AM | 0:08 Business | 53.33 |
| | Emails, phone w/ Joe Grant, City of Miami re: utility bill | 5:00 PM | 5:28 PM | 0:28 Business | 186.67 |
| | Review weekly status report | 5:30 PM | 5:50 PM | 0:20 Sale | 133.33 |
| 8/27/13 | Conversation with Francic re: sales update and proper status report communication | 8:42 AM | 8:52 AM | 0:10 Sale | 66.67 |
| | Conversation w/ Peter Loftin re: Camacho | 10:01 AM | 10:41 AM | 0:40 Business | 266.67 |
| | Lamar Fisher | 11:58 AM | 12:05 PM | 0:07 Business | 46.67 |
| | To property to meet w/ Ramirez for maintenance payment and issues; meet with | | | 0:00 | 0.00 |
| | insurance inspector; accompany Polish news station | 12:30 PM | 4:00 PM | 3:30 Business | 1,400.00 |
| 8/28/13 | Review and pay outstanding invoices for maintenance | 7:00 AM | 7:35 AM | 0:35 Business | 233.33 |
| | Joe Grant re: Camacho and order to vacate | 8:42 AM | 9:41 AM | 0:59 Business | 393.33 |
| | Francis Santos re: handyman and maintenance | 9:01 AM | 9:07 AM | 0:06 Business | 40.00 |
| | Manny Blanco re: outstanding invoices, a/c maintenance | 10:52 AM | 11:03 AM | 0:11 Business | 73.33 |
| 8/29/13 | Joe Grant re: Conf call later w/ Singerman, Fisher, and Weld re: bid process | 8:12 AM | 8:39 AM | 0:27 Sale | 180.00 |
| | Manny Blanco re: clean up and a/c repair | 11:59 AM | 12:19 PM | 0:20 Business | 133.33 |
| | Ststus update call | 4:00 PM | 4:40 PM | 0:40 Sale | 266.67 |
| | | | | 0:00 | 0.00 |
| | | | | 0:00 | 0.00 |
| | | | | 0:00 | 0.00 |
| | | | | 0:00 | 0.00 |
| | | | | 0:00 | 0.00 |
| | | | | 0:00 | 0.00 |
| | | | | 0:00 | 0.00 |
| | | | | 0:00 | 0.00 |
| | | | | 0:00 | 0.00 |
| Total Month | | | | 68:38:00 | 27,453.33 |
| YTD | | | | 120:22:00 | 48,146.67 |

# Time Sheet

### SCA Group, LLC

September-13

**Debtor:** Casa Casuarina, LLC
**Case #:** 13-25645-BKC-LMI
**Name:** Michael C. Mazzarino
**Rate/hour:** $400

| Date | Service | Time | | Total Time | | Total Fee |
|---|---|---|---|---|---|---|
| | | Start | Stop | | | |
| | Opening: | | | 120:22:00 | | 48,146.67 |
| 9/2/13 | Calls/emails/txts w/ Manny Blanco, Nancy Corey, Camacho | 12:29 PM | 1:15 PM | 0:46 | Business | 306.67 |
| 9/3/13 | Emails with Fisher, Camacho, Corey, Blanco | 9:01 AM | 9:30 AM | 0:29 | Sale | 193.33 |
| 9/4/13 | Calls w/ Manny Blanco re: a/c repair and grounds maintenance; call with Lamar Fisher | | | 0:00 | | 0.00 |
| | maintenancere: surveyor on prmisies; emails with sales team and security re: showings for 9/5; | | | 0:00 | | 0.00 |
| | call with Chris of survey company; review of weekly status report; call w/ Miami Beach | | | 0:00 | | 0.00 |
| | Finance dept re: past due utility bill (second attempt by me) | 6:11 AM | 8:05 AM | 1:54 | Business | 760.00 |
| 9/5/13 | Review modified operating report for July 2013 | 12:07 PM | 12:30 PM | 0:23 | Business | 153.33 |
| | Status report call | 4:00 PM | 4:38 PM | 0:38 | Sale | 253.33 |
| | Call with P Loftin re: maintenance items | 4:38 PM | 4:46 PM | 0:08 | Business | 53.33 |
| 9/6/13 | Call w/ Mark Bloom re: auction attendence and misc issues | 9:27 AM | 9:48 AM | 0:21 | Sale | 140.00 |
| | Call w/ Joe Grant re: operating report, auction procedures | 11:34 AM | 11:47 AM | 0:13 | Business | 86.67 |
| | Calls re: pool issue; | 6:00 PM | 7:00 PM | 1:00 | Business | 400.00 |
| 9/7/13 | Call w/ Manny re: pool issue | 11:30 AM | 11:54 AM | 0:24 | Business | 160.00 |
| 9/9/13 | Emails w/ Camacho and Manny Blanco re: pool issue | 9:05 AM | 9:25 AM | 0:20 | Business | 133.33 |
| | To property to meet pool contractor for review of major repairs | 11:15 AM | 6:15 PM | 7:00 | Business | 2,800.00 |
| 9/10/13 | Conversation with Joe Grant, Mark Bloom email re: disclosure of | | | 0:00 | Sale | 0.00 |
| | buyers after Bidder Qualification deadline; other misc | 6:32 PM | 6:54 PM | 0:22 | Sale | 146.67 |
| | Review sale agreement for potential buyer | 7:00 PM | 8:00 PM | 1:00 | Sale | 400.00 |
| 9/11/13 | Calls, emails, texts with Manny Blanco re: maintenance items; review emails and | | | 0:00 | | 0.00 |
| | documents from/to Joe Grant; review invoices to pay from CC, LLC;new maintenance | | | 0:00 | | 0.00 |
| | issues, film crew coordination, sales process issue | 10:14 AM | 1:45 PM | 3:31 | Sale | 1,406.67 |
| 9/12/13 | Calls w/ Peter Loftin, Jow Grant, Lamar Fisher;Eamils with Joe Grant, Larry Pecan, Mark | | | 0:00 | | 0.00 |
| | Bloom; review of CA for VM, RRA, and CC; Weekly status call; | | | 0:00 | | 0.00 |
| | Review of maintenance items for auction | 8:28 AM | 3:55 PM | 7:27 | Sale | 2,980.00 |
| 9/13/13 | Conversations w/ Scott Grossman re: auction day prodedures, outstanding invoices; | | | 0:00 | | 0.00 |
| | emails with various members of the team;conversation with Adam Marshall re: motion | | | 0:00 | | 0.00 |
| | for clarification of Qualified Bidders; various maintenance issues;conversation with Lamar | | | 0:00 | | 0.00 |
| | Fisher re: court reporter and videographer; conversation with FP&L re: outstanding | | | 0:00 | | 0.00 |
| | invoices and request for deposit | 9:10 AM | 11:55 AM | 2:45 | Sale | 1,100.00 |
| 9/16/13 | On property to meet fire inspector, maintenance people for auction next day, evening tour | 9:00 AM | 7:30 PM | 10:30 | Sale | 4,200.00 |
| 9/17/13 | Attend auction | 7:00 AM | 12:00 PM | 5:00 | Sale | 2,000.00 |
| 9/18/13 | Attend attorney meeting in Miami to discuss sales contract and attend court hearing | | | 0:00 | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | to confirm sale from 9/17/13 | 10:30 AM | 4:00 PM | 5:30 | Sale | 2,200.00 |
| | Several calls w/Security/Bloom regarding Nakash engineer wanting to do an inspection of Casa | 6:47 PM | 7:06 PM | 0:19 | Sale | 126.67 |
| | kithcen | | | 0:00 | | 0.00 |
| 9/19/13 | Review fire inspection report and email w/ Tracy Coffman re: cures; register with FP&L | | | 0:00 | | 0.00 |
| | to dtermine utility bill liability for final accounting of estate | 3:30 PM | 3:54 PM | 0:24 | Business | 160.00 |
| | Conversation w/ Mark Bloom re: security and maintenance pre closing | 5:09 PM | 5:17 PM | 0:08 | Business | 53.33 |
| 9/24/13 | Various conversations and emails with Jonathon Bennett, Scott Grossman re: property | | | 0:00 | Business | 0.00 |
| | maintenance and security | 2:00 PM | 4:00 PM | 2:00 | Business | 800.00 |
| 9/26/13 | Visit property for inspection | 1:00 PM | 5:00 PM | 4:00 | Business | 1,600.00 |
| 9/27/13 | Review documents from Tracy Coffman | 1:30 PM | 2:18 PM | 0:48 | Sale | 320.00 |
| 9/28/13 | Received call from VM people stuck at gate; Contact security firm and security officers | | | 0:00 | | 0.00 |
| | in order to allow entrance | 1:10 PM | 1:30 PM | 0:20 | Business | 133.33 |
| 9/30/13 | Reeived email from security firm inquiring about past due invoices; conversation with | | | 0:00 | | 0.00 |
| | acconting to resolve a disputed invoice | 1:26 PM | 2:00 PM | 0:34 | Business | 226.67 |
| Total Month | | | | 58:14:00 | | 23,293.33 |
| YTD | | | | 178:36:00 | | 71,440.00 |

# Time Sheet

## SCA Group, LLC

October-13

**Debtor:** Casa Casuarina, LLC
**Case #:** 13-25645-BKC-LMI
**Name:** Michael C. Mazzarino
**Rate/hour:** $400

| Date | Service | Time | | Total | | Total |
|------|---------|------|------|-------|---|-------|
| | | Start | Stop | Time | | Fee |
| | Opening: | | | 178:36:00 | | 71,440.00 |
| 10/2/13 | Property inspection for pool and invoices | 10:20 AM | 4:45 PM | 6:25 | Business | 2,566.67 |
| 10/3/13 | Correspondence from US Security re: past due invoices | 11:04 AM | 12:00 PM | 0:56 | Business | 373.33 |
| 10/8/13 | Review documents for closing on 10/10 | 5:24 PM | 6:15 PM | 0:51 | Sale | 340.00 |
| 10/9/13 | Closing at office of Marshall Socaras & Grant | 9:30 AM | 11:45 AM | 2:15 | Sale | 900.00 |
| | Visit property for final inspecton | 11:45 AM | 4:50 PM | 5:05 | Business | 2,033.33 |
| 10/10/13 | Review final closing statement and execute; review various post closing emails | 2:47 PM | 3:15 PM | 0:28 | Sale | 186.67 |
| 10/21/13 | Receipt and review of final closing documents | 11:15 AM | 2:15 PM | 3:00 | Sale | 1,200.00 |
| 10/22/13 | Review of bank account and outstanding invoices | 5:15 PM | 5:30 PM | 0:15 | Business | 100.00 |
| 10/23/13 | Email from US Securirites and review of outstanding invoices during Casa ownership | | | 0:00 | | 0.00 |
| | period | 2:30 PM | 2:45 PM | 0:15 | Business | 100.00 |
| 10/29/13 | Call from Andrea Colameco of U.S. Security re: outstanding invoices; review and forward to | | | 0:00 | | 0.00 |
| | new owner for review | 4:12 PM | 4:28 PM | 0:16 | Business | 106.67 |
| Total Month | | | | 19:46:00 | | 7,906.67 |
| YTD | | | | 198:22:00 | | 79,346.67 |