UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:

CASA CASUARINA, LLC,                                Case No. 13-25645-LMI

Chapter 11

　　Debtor.
_____/

**DEBTOR'S OBJECTION TO CLAIM NO. 32
FILED BY SILIO APARICIO**

**IMPORTANT NOTICE TO CREDITORS:
THIS IS AN OBJECTION TO YOUR CLAIM**

　　**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.**

　　**If you disagree with the objection or the recommended treatment, you must file a written response WITHIN 30 DAYS from the date of service stated in this objection, explaining why your claim should be allowed as presently filed, and you must mail a copy to the undersigned attorneys, OR YOUR CLAIM MAY BE DISPOSED OF IN ACCORDANCE WITH THE RECOMMENDATION IN THIS OBJECTION.**

　　**If your entire claim is objected to and this is a chapter 11 case, you will _not_ have the right to vote to accept or reject any proposed plan of reorganization until the objection is resolved, unless you request an order pursuant to Bankruptcy Rule 3018(a) temporarily allowing your claim for voting purposes.**

　　**Any written response must contain the case name, case number, and must be filed with the Clerk of the United States Bankruptcy Court.**

　　Debtor, Casa Casuarina LLC, by and through undersigned counsel and pursuant to 11 U.S.C. § 502, Federal Rule of Bankruptcy Procedure 3007 and Local Rule 3007-1, files this objection to claim no. 32 filed by Silio Aparicio in this case:[14]

---

[14] The Debtor reserves its right to object to the claims identified herein on any other appropriate basis.

| Claim # | Claimant | Claim Amount | Basis for Objection and Recommended Disposition |
|---|---|---|---|
| **32** | Silio Aparicio<br>27 Netherhall Gardens #1 London NW35RL | $35000 | Claimant has filed a claim for return of a membership deposit. Claimant has failed to meet all requirements under the operative agreement for return of the membership deposit. Accordingly, the claim should be stricken in its entirety. |

WHEREFORE, the Debtor respectfully requests that the Court enter an order (i) sustaining this Objection, (ii) disallowing and striking the claim identified above in its entirety, and (iii) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

**MARSHALL SOCARRAS GRANT, P.L.**
Attorneys for the Debtor in Possession
197 South Federal Highway, Suite 300
Boca Raton, Florida  33432
Telephone No. 561.672.7580
Facsimile No. 561.672.7581
Email:  lpecan@msglaw.com

By:   /s/ Joe M. Grant
        JOE M. GRANT
        Florida Bar No. 137758

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on January 30, 2014, I electronically filed this document with the Clerk of Court using CM/ECF. I also certify that the document and its attachments are being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Filing.

By:   /s/ Joe M. Grant
JOE M. GRANT

**SERVICE LIST**

**VIA CMECF:**

nbangos@diazreus.com
bloomm@gtlaw.com
doddj@gtlaw.com
medelboim@bastamron.com
jgrant@msglaw.com
grossmansm@gtlaw.com
michael@mkaufmanpa.com
hleonard@carltonfields.com
imarcushamer@bergersingerman.com
fernando.menendez@gray-robinson.com
USTPRegion21.MM.ECF@usdoj.gov
lpecan@marshallgrant.com
salazar@salazarjackson.com
robert.schatzman@gray-robinson.com
fscruggs@bergersingerman.com
singerman@bergersingerman.com

**VIA FIRST CLASS U.S. MAIL – POSTAGE PREPAID**

Silio Aparicio
27 Netherhall Gardens #1 London NW35RL