# EXHIBIT 1

Our reference: 162.1-MHF
Dubai, 16.02.2014

## Beglaubigung / Légalisation / Legalization

| Gesehen beim Schweizerischen Generalkonsulat in Dubai zur Beglaubigung der Unterschrift und/oder des Stempels von | Vu au Consulat général de Suisse à Dubaï pour la légalisation de la signature et/ou du sceau de | Seen at the Consulate General of Switzerland in Dubai for legalization of the signature and/or seal of |

**Peter Lukas Schröder, d.o.b. 25.04.1960, holder of Swiss passport no. ███████, issued on 22.08.2008 in Zug ZG, valid until 21.08.2018**

| Das Schweizerische Generalkonsulat übernimmt keine Verantwortung bezüglich Gültigkeit, Echtheit oder Inhalt des beigehefteten Dokumentes. | Le consulat général de Suisse n'assume aucune responsabilité quant à la validité et au contenu du document. | The Consulate General of Switzerland disclaims all responsibility regarding validity, authenticity or content of the enclosed document. |

For the Consul General of Switzerland

*[signature]*

Regula Marsh-Hilfiker
Attachée

GV Anhang Art. 14 Abs. 2
CHF 40.00 / AED 160.00
Gebühr bezahlt/payé/fee paid

World Trade Center
P.O. Box 9300
Dubai
Phone: +971 4 329 0999, Fax: +971 4 331 3679
dai.vertretung@eda.admin.ch, www.eda.admin.ch/dubai

# AFFIDAVIT

The Undersigned, PETER L. SCHROEDER, with Swiss Passport Nr. ████768, copy of which is duly attached hereto, herewith deposes and says:

1. My name is Peter L. Schroeder, a Swiss Citizen, Passport No. ████768; and I am over the age of 21.
2. That I am a member of Casa Casuarina, as appearing in the Bankruptcy Court creditors' list.
3. That I have not lived or worked in Miami, or maintained an office address at 100 SE 2nd Street, Miami, Florida, since January 1, 2008.
4. That as of January 1, 2008 I moved from Miami to the City of Zug, Switzerland, with my Swiss address at Baarerstrasse 53, 6300 Zug, Switzerland;
5. That I have never received service or delivery of any notices from the Bankruptcy Court at my registered Swiss address or any other address.
6. That on or about December 30, 2013 I received an email from a friend and co-member of Casa Casuarina, Mr. Chris Kosachuk, indicating that there may be a bankruptcy case in Re: Casa Casuarina, and a further email on January 14, 2014, wherein he alerted me that I should seek representation to secure my creditor claim;
7. That on or about January 21, 2014 I contacted the law office of Diaz Reus, Miami, Florida with a request to represent me in this matter.

I swear and affirm that the above representations are true and correct to the best of my knowledge and belief.

Date: 16.2.2014

Peter L. Schroeder

**ATTESTATION / UNTERSCHRIFTSBESCHEINIGUNG:**

**SWISS CONSULATE, DUBAI, U.A.E.**

Attachments:

- Official Residency Confirmation of Canton Zug, Switzerland as per 1.1.2008

- Passport Copy

# Wohnsitzbescheinigung

Wir bescheinigen, dass nachgenannte Person in Zug gemeldet war:

| | |
|---|---|
| Name | Schröder |
| Vorname/n | *Peter* Lukas |
| Geburtsdatum/Geburtsort | ▓▓▓▓ F-Courbevoie (Hauts-de-Seine) |
| Heimatort | Nürensdorf ZH |
| Name/Vorname Vater | Schröder Karl Heinz Jonny |
| Name/Vorname Mutter | Schröder Elisabetha |
| Zuzugsdatum | 01.01.2008 |
| Zuzugsort | USA – Miami |
| Wegzugsdatum | 31.05.2010 |
| Wegzugsort | Zollikon ZH |

Zug, 22. November 2013

Einwohnerkontrolle Zug
Marco Flückiger

