UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE: CASE NUMBER 13-25645-LMI

CASA CASUARINA , LLC, JUDGE LAUREL M. ISICOFF

Debtor. CHAPTER 11

_________________________________/

**DEBTOR'S STANDARD MONTHLY OPERATING REPORT FOR THE PERIOD FROM JULY 1, 2013 THROUGH JULY 31, 2013**

Comes now the above-named debtor and files its Monthly Operating Reports in accordance with the Guidelines established by the United States Trustee and FRBP 2015.

By: /s/ Joe M. Grant
Joe M. Grant, Esq.
Florida Bar No. 137758

Debtor's Address
and Phone Number:

Casa Casuarina, LLC
1116 Ocean Drive
Miami Beach, FL 33139

Attorney's Address
and Phone Number:

Marshall Socarras Grant, P.L.
197 S. Federal Highway, Suite 300
Boca Raton, FL 33432
Telephone: 561.361-1000
Facsimile: 561.672.7581
Email: jgrant@msglaw.com

Note: The original Monthly Operating Report is to be filed with the court and a copy simultaneously provided to the United States Trustee Office. Monthly Operating Reports must be filed by the 20th day of the following month.

For assistance in preparing the Monthly Operating Report, refer to the following resources on the United States Trustee Program Website, http://www.usdoj.gov/ust/r21/reg_info.htm

1) Instructions for Preparations of Debtor's Chapter 11 Monthly Operating Report
2) Initial Filing Requirements
3) Frequently Asked Questions (FAQs)http://www.usdoj.gov/ust/

## SCHEDULE OF RECEIPTS AND DISBURSEMENTS
## FOR THE PERIOD BEGINNING JULY 1, 2013 AND ENDING JULY 31, 2013

Name of Debtor: Casa Casuarina, LLC    Case Number: 13-25645-LMI
Date of Petition: July 1, 2013

| | CURRENT MONTH | CUMULATIVE PETITION TO DATE |
|---|---|---|
| **1. FUNDS AT BEGINNING OF PERIOD** | 5,739.07 (a) | 5,739.07 (b) |
| **2. RECEIPTS:** | | |
| A. Cash Sales | 0.00 | 0.00 |
| Minus: Cash Refunds | (-) | |
| Net Cash Sales | | |
| B. Accounts Receivable | | |
| C. Other Receipts *(See MOR-3)* | | |
| (If you receive rental income, you must attach a rent roll.) | | |
| **3. TOTAL RECEIPTS *(Lines 2A+2B+2C)*** | | |
| **4. TOTAL FUNDS AVAILABLE FOR OPERATIONS *(Line 1 + Line 3)*** | 5,739.07 | 5,739.07 |
| **5. DISBURSEMENTS** | | |
| A. Advertising | | |
| B. Bank Charges | | |
| C. Contract Labor | | |
| D. Fixed Asset Payments (not incl. in "N") | | |
| E. Insurance | | |
| F. Inventory Payments *(See Attach. 2)* | | |
| G. Leases | | |
| H. Manufacturing Supplies | | |
| I. Office Supplies | | |
| J. Payroll - Net *(See Attachment 4B)* | | |
| K. Professional Fees (Accounting & Legal) | | |
| L. Rent | | |
| M. Repairs & Maintenance | | |
| N. Secured Creditor Payments *(See Attach. 2)* | | |
| O. Taxes Paid - Payroll *(See Attachment 4C)* | | |
| P. Taxes Paid - Sales & Use *(See Attachment 4C)* | | |
| Q. Taxes Paid - Other *(See Attachment 4C)* | | |
| R. Telephone | | |
| S. Travel & Entertainment | | |
| Y. U.S. Trustee Quarterly Fees | | |
| U. Utilities | | |
| V. Vehicle Expenses | | |
| W. Other Operating Expenses *(See MOR-3)* | | |
| **6. TOTAL DISBURSEMENTS *(Sum of 5A thru W)*** | | |
| **7. ENDING BALANCE *(Line 4 Minus Line 6)*** | 5,739.07 (c) | 5,739.07 (c) |

**I declare under penalty of perjury that this statement and the accompanying documents and reports are true and correct to the best of my knowledge and belief.**

Dated this 25th day of February, 2014.

**CASA CASUARINA, LLC**

By: ______________________
Michael Mazzarino, Sole Manager of Casa Casuarina, LLC

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This figure will not change from month to month. It is always the amount of funds on hand as of the date of the petition.
(c)These two amounts will always be the same if form is completed correctly.

**MONTHLY SCHEDULE OF RECEIPTS AND DISBURSEMENTS** (cont'd)

**Detail of Other Receipts and Other Disbursements**

**OTHER RECEIPTS:**
Describe Each Item of Other Receipt and List Amount of Receipt. Write totals on Page MOR-2, Line 2C.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER RECEIPTS | | |

**"Other Receipts" includes Loans from Insiders and other sources (i.e. Officer/Owner, related parties directors, related corporations, etc.). Please describe below:**

| Loan Amount | Source of Funds | Purpose | Repayment Schedule |
|---|---|---|---|
| -0- | | | |
| | | | |
| | | | |

**OTHER DISBURSEMENTS:**

Describe Each Item of Other Disbursement and List Amount of Disbursement. Write totals on Page MOR-2, Line 5W.

| Description | Current Month | Cumulative Petition to Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL OTHER DISBURSEMENTS | | |

**NOTE: Attach a current Balance Sheet and Income (Profit & Loss) Statement.**

## ATTACHMENT 1

## MONTHLY ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

Name of Debtor: Casa Casuarina, LLC    Case Number: 13-25645-LMI

Reporting Period beginning JULY 1, 2013    Period ending JULY 31, 2013

ACCOUNTS RECEIVABLE AT PETITION DATE: 0.00

### ACCOUNTS RECEIVABLE RECONCILIATION

(Include all accounts receivable, pre-petition and post-petition, including charge card sales which have not been received):

| | | |
|---|---|---|
| Beginning of Month Balance | $ 0.00 | (a) |
| PLUS: Current Month New Billings | | |
| MINUS: Collection During the Month | $ | (b) |
| PLUS/MINUS: Adjustments or Write-offs | $ | * |
| End of Month Balance | $ 0.00 | (c) |

*For any adjustments or Write-offs provide explanation and supporting documentation, if applicable:

### POST PETITION ACCOUNTS RECEIVABLE AGING

(Show the total for each aging category for all accounts receivable)

| 0-30 Days | 31-60 Days | 61-90 Days | Over 90Days | Total |
|---|---|---|---|---|
| $ | $ | $ | $ | $ 0.00 (c) |

For any receivables in the "Over 90 Days" category, please provide the following:

| Customer | Receivable Date | Status (Collection efforts taken, estimate of collectibility, write-off, disputed account, etc.) |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)This must equal the number reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 2B).
(c)These two amounts must equal.

**ATTACHMENT 2**
**MONTHLY ACCOUNTS PAYABLE AND SECURED PAYMENTS REPORT**

Name of Debtor: Casa Casuarina, LLC Case Number: 13-25645-LMI

Reporting Period beginning JULY 1, 2013 Period ending JULY 31, 2013

In the space below list all invoices or bills incurred and not paid since the filing of the petition. Do not include amounts owed prior to filing the petition. In the alternative, a computer generated list of payables may be attached provided all information requested below is included.

**POST-PETITION ACCOUNTS PAYABLE**

| Date Incurred | Days Outstanding | Vendor | Description | Amount |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL AMOUNT | | | | -0- (b) |

☐ **Check here if pre-petition debts have been paid. Attach an explanation and copies of supporting documentation.**

**ACCOUNTS PAYABLE RECONCILIATION (Post Petition Unsecured Debt Only)**

| | | |
|---|---|---|
| Opening Balance | $ -0- | (a) |
| PLUS: New Indebtedness Incurred This Month | $ | |
| MINUS: Amount Paid on Post Petition, Accounts Payable This Month | $ -0- | |
| PLUS/MINUS: Adjustments | $ | * |
| Ending Month Balance | $ -0- | (c) |

*For any adjustments provide explanation and supporting documentation, if applicable.

**SECURED PAYMENTS REPORT**

List the status of Payments to Secured Creditors and Lessors (Post Petition Only). If you have entered into a modification agreement with a secured creditor/lessor, consult with your attorney and the United States Trustee Program prior to completing this section).

| Secured Creditor/ Lessor | Date Payment Due This Month | Amount Paid This Month | Number of Post Petition Payments Delinquent | Total Amount of Post Petition Payments Delinquen |
|---|---|---|---|---|
| | | | -0- | -0- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | 0.00 (d) | | |

(a)This number is carried forward from last month's report. For the first report only, this number will be zero.
(b, c)The total of line (b) must equal line (c).(d)This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5N).

## ATTACHMENT 3
## INVENTORY AND FIXED ASSETS REPORT

Name of Debtor: Casa Casuarina, LLC Case Number: 13-25645-LMI

Reporting Period beginning JULY 1, 2013 Period ending JULY 31, 2013

### INVENTORY REPORT

INVENTORY BALANCE AT PETITION DATE: $ 0.00
INVENTORY RECONCILIATION:
Inventory Balance at Beginning of Month $ ______ (a)
PLUS: Inventory Purchased During Month $ ______
MINUS: Inventory Used or Sold $ ______
PLUS/MINUS: Adjustments or Write-downs $ ______ *
Inventory on Hand at End of Month $ 0.00

METHOD OF COSTING INVENTORY: N/A
*For any adjustments or write-downs provide explanation and supporting documentation, if applicable.

### INVENTORY AGING

| Less than 6 months old | 6 months to 2 years old | Greater than 2 years old | Considered Obsolete | | Total Inventory |
|---|---|---|---|---|---|
| ___% | ___% | ___% | ___% | = | 100%* |

* Aging Percentages must equal 100%.

☐ Check here if inventory contains perishable items.

**Description of Obsolete Inventory:** ______

### FIXED ASSET REPORT

FIXED ASSETS FAIR MARKET VALUE AT PETITION DATE: ______ (b)
(Includes Property, Plant and Equipment)

BRIEF DESCRIPTION (First Report Only): See Debtor's Schedules B (DE #42)

FIXED ASSETS RECONCILIATION:
Fixed Asset Book Value at Beginning of Month $ ______ (a)(b)
MINUS: Depreciation Expense $ ______
PLUS: New Purchases $ ______
PLUS/MINUS: Adjustments or Write-downs $ ______ *
Ending Monthly Balance $ ______

*For any adjustments or write-downs, provide explanation and supporting documentation, if applicable.

BRIEF DESCRIPTION OF FIXED ASSETS PURCHASED OR DISPOSED OF DURING THE REPORTING PERIOD: ______

(a)This number is carried forward from last month's report. For the first report only, this number will be the balance as of the petition date.
(b)Fair Market Value is the amount at which fixed assets could be sold under current economic conditions. Book Value is the cost of the fixed assets minus accumulated depreciation and other adjustments.

## ATTACHMENT 4A

## MONTHLY SUMMARY OF BANK ACTIVITY - OPERATING ACCOUNT

Name of Debtor: Casa Casuarina, LLC Case Number: 13-25645-LMI

Reporting Period beginning JULY 1, 2013 Period ending JULY 31, 2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm. If bank accounts other than the three required by the United States Trustee Program are necessary, permission must be obtained from the United States Trustee prior to opening the accounts. Additionally, use of less than the three required bank accounts must be approved by the United States Trustee.

NAME OF BANK: WELLS FARGO BANK BRANCH: WESTON

ACCOUNT NAME: CASA CASUARINA, LLC ACCOUNT NUMBER: XXXX9376

PURPOSE OF ACCOUNT: OPERATING

| | | |
|---|---|---|
| Ending Balance per Bank Statement | $ 1,615.87 | |
| Plus Total Amount of Outstanding Deposits | $ 3,030.00 | |
| Minus Total Amount of Outstanding Checks and other debits | $ 4,635.87 | * |
| Minus Service Charges | $ | |
| Ending Balance per Check Register | $ 10.00 | **(a) |

***Debit cards are used by**____________________

****If Closing Balance is negative, provide explanation:**____________________

**The following disbursements were paid in Cash (do not includes items reported as Petty Cash on Attachment 4D:** ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**TRANSFERS BETWEEN DEBTOR IN POSSESSION ACCOUNTS**

"Total Amount of Outstanding Checks and other debits", listed above, includes:

$__________ Transferred to Payroll Account
$__________ Transferred to Tax Account

(a) The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5A

## CHECK REGISTER - OPERATING ACCOUNT

Name of Debtor: Casa Casuarina, LLC    Case Number: 13-25645-LMI

Reporting Period beginning JULY 1, 2013    Period ending JULY 31, 2013

NAME OF BANK: WELLS FARGO BANK    BRANCH: WESTON

ACCOUNT NAME: CASA CASUARINA, LLC – DEBTOR IN POSSESSION
ACCOUNT NUMBER: XXXX9376

PURPOSE OF ACCOUNT: OPERATING

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ |

# ATTACHMENT 4B

## MONTHLY SUMMARY OF BANK ACTIVITY - PAYROLL ACCOUNT

Name of Debtor: Casa Casuarina, LLC Case Number: 13-25645-LMI

Reporting Period beginning JULY 1, 2013 Period ending JULY 31, 2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found at http://www.usdoj.gov/ust/r21/reg_info.htm.

NAME OF BANK: Not Applicable BRANCH: ______________

ACCOUNT NAME: ______________ ACCOUNT NUMBER: ______________

PURPOSE OF ACCOUNT: PAYROLL

| | |
|---|---|
| Ending Balance per Bank Statement | $ ______ |
| Plus Total Amount of Outstanding Deposits | $ ______ |
| Minus Total Amount of Outstanding Checks and other debits | $ ______ * |
| Minus Service Charges | $ ______ |
| Ending Balance per Check Register | $ ______ **(a) |

***Debit cards must not be issued on this account.**

****If Closing Balance is negative, provide explanation:** ______________

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-payroll disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 5B**
**CHECK REGISTER - PAYROLL ACCOUNT**

Name of Debtor: Casa Casuarina, LLC Case Number: 13-25645-LMI

Reporting Period beginning JULY 1, 2013 Period ending JULY 31, 2013

NAME OF BANK: Not Applicable BRANCH: ____________________

ACCOUNT NAME: ____________________________________________________

ACCOUNT NUMBER: __________________________________________________

PURPOSE OF ACCOUNT: PAYROLL

Account for all disbursements, including voids, lost payments, stop payment, etc. In the alternative, a computer generated check register can be attached to this report, provided all the information requested below is included.

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
| --- | --- | --- | --- | --- |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | $ |

**ATTACHMENT 4C**

**MONTHLY SUMMARY OF BANK ACTIVITY - TAX ACCOUNT**

Name of Debtor: Casa Casuarina, LLC Case Number: 13-25645-LMI

Reporting Period beginning JULY 1, 2013 Period ending JULY 31, 2013

Attach a copy of current month bank statement and bank reconciliation to this Summary of Bank Activity. A standard bank reconciliation form can be found on the United States Trustee website, http://www.usdoj.gov/ust/r21/index.htm.

NAME OF BANK: Not Applicable BRANCH: ______

ACCOUNT NAME: ______ ACCOUNT NUMBER: ______

PURPOSE OF ACCOUNT: TAX

| | |
|---|---|
| Ending Balance per Bank Statement | $ |
| Plus Total Amount of Outstanding Deposits | $ |
| Minus Total Amount of Oustanding Checks and other debits | $ * |
| Minus Service Charges | $ |
| Ending Balance per Check Register | $ **(a) |

***Debit cards must not be issued on this account.**

****If Closing Balance is negative, provide explanation:** ______

The following disbursements were paid by Cash: ( ☐ Check here if cash disbursements were authorized by United States Trustee)

| Date | Amount | Payee | Purpose | Reason for Cash Disbursement |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

The following non-tax disbursements were made from this account:

| Date | Amount | Payee | Purpose | Reason for disbursement from this account |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

(a)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

# ATTACHMENT 5C

## CHECK REGISTER - TAX ACCOUNT

Name of Debtor: Casa Casuarina, LLC Case Number: 13-25645-LMI

Reporting Period beginning JULY 1, 2013 Period ending JULY 31, 2013

NAME OF BANK: Not Applicable BRANCH: ______________

ACCOUNT NAME: ______________ ACCOUNT # ______________

PURPOSE OF ACCOUNT: TAX

Account for all disbursements, including voids, lost checks, stop payments, etc. In the alternative, a computer-generated check register can be attached to this report, provided all the information requested below is included.
http://www.usdoj.gov/ust/

| DATE | CHECK NUMBER | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

TOTAL ______(d)

SUMMARY OF TAXES PAID

Payroll Taxes Paid ______(a)
Sales & Use Taxes Paid ______(b)
Other Taxes Paid ______(c)
TOTAL ______(d)

(a) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5O).
(b) This number is reported in the "Current Month" column of Schedule or Receipts and Disbursements (Page MOR-2, Line 5P).
(c) This number is reported in the "Current Month" column of Schedule of Receipts and Disbursements (Page MOR-2, Line 5Q).
(d) These two lines must be equal.

# ATTACHMENT 4D

## INVESTMENT ACCOUNTS AND PETTY CASH REPORT

### INVESTMENT ACCOUNTS

Each savings and investment account, i.e. certificates of deposits, money market accounts, stocks and bonds, etc., should be listed separately. Attach copies of account statements.

Type of Negotiable: Not Applicable

| Instrument | Face Value | Purchase Price | Date of Purchase | Current Market Value |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | | ______(a) |

### PETTY CASH REPORT

The following Petty Cash Drawers/Accounts are maintained:

| Location of Box/Account | (Column 2) Maximum Amount of Cash in Drawer/Acct. | (Column 3) Amount of Petty Cash On Hand At End of Month | (Column 4) Difference between (Column 2) and (Column 3) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| **TOTAL** | | $ ______(b) | |

**For any Petty Cash Disbursements over $100 per transaction, attach copies of receipts. If there are no receipts, provide an explanation**______________________________

**TOTAL INVESTMENT ACCOUNTS AND PETTY CASH(a + b) $ ______(c)**

(c)The total of this line on Attachment 4A, 4B and 4C plus the total of 4D must equal the amount reported as "Ending Balance" on Schedule of Receipts and Disbursements (Page MOR-2, Line 7).

**ATTACHMENT 6**

**MONTHLY TAX REPORT**

Name of Debtor: Casa Casuarina, LLC Case Number: 13-25645-LMI

Reporting Period beginning JULY 1, 2013 Period ending JULY 31, 2013

**TAXES OWED AND DUE**

Report all unpaid post-petition taxes including Federal and State withholding FICA, State sales tax, property tax, unemployment tax, State workmen's compensation, etc.

| Name of Taxing Authority | Date Payment Due | Description | Amount | Date Last Tax Return Filed | Tax Return Period |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | $ | | |

**ATTACHMENT 7**

**SUMMARY OF OFFICER OR OWNER COMPENSATION**

**SUMMARY OF PERSONNEL AND INSURANCE COVERAGES**

Name of Debtor: Casa Casuarina, LLC Case Number: 13-25645-LMI

Reporting Period beginning JULY 1, 2013 Period ending JULY 31, 2013

Report all forms of compensation received by or paid on behalf of the Officer or Owner during the month. Include car allowances, payments to retirement plans, loan repayments, payments of Officer/Owner's personal expenses, insurance premium payments, etc. Do not include reimbursement for business expenses Officer or Owner incurred and for which detailed receipts are maintained in the accounting records.

| Name of Officer or Owner | Title | Payment Description | Amount Paid |
|---|---|---|---|
| N/A | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**PERSONNEL REPORT**

| | Full Time | Part Time |
|---|---|---|
| Number of employees at beginning of period | | |
| Number hired during the period | | |
| Number terminated or resigned during period | | |
| Number of employees on payroll at end of period | | |

**CONFIRMATION OF INSURANCE**

List all policies of insurance in effect, including but not limited to workers' compensation, liability, fire, theft, comprehensive, vehicle, health and life. For the first report, attach a copy of the declaration sheet for each type of insurance. For subsequent reports, attach a certificate of insurance for any policy in which a change occurs during the month (new carrier, increased policy limits, renewal, etc.).

| Agent and/or Carrier | Phone Number | Policy Number | Coverage Type | Expiration Date | Date Premium Due |
|---|---|---|---|---|---|

See Attached Certificates of Insurance

**The following lapse in insurance coverage occurred this month:**

| Policy Type | Date Lapsed | Date Reinstated | Reason for Lapse |
|---|---|---|---|

**Check here if U. S. Trustee has been listed as Certificate Holder for all insurance policies.**

**ATTACHMENT 8**

**SIGNIFICANT DEVELOPMENTS DURING REPORTING PERIOD**

Information to be provided on this page, includes, but is not limited to: (1) financial transactions that are not reported on this report, such as the sale of real estate ***(attach closing statement)***; (2) non-financial transactions, such as the substitution of assets or collateral; (3) modifications to loan agreements; (4) change in senior management, etc. Attach any relevant documents.

We anticipate filing a Plan of Reorganization and Disclosure Statement on or before ____________________.